UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MIRIAM ALVARADO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-1815 |
| ) | |
| TOKIO MARINE AMERICA ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

Defendant, Tokio Marine America Insurance Company ("Tokio Marine"), by its counsel, submits this Notice to remove this action pursuant to the provisions of 28 U.S.C. §1441 *et seq*. In support of its Notice of Removal, Tokio Marine states as follows:

1. This cause is now pending under the name and style <u>Miriam Alvarado v. Tokio Marine America Insurance Company</u>, under Cause No. 03D02-2006-CT-002822 in the Circuit Court of Bartholomew County, Indiana ("this action") . This action requests uninsured motorists insurance coverage for the Plaintiff under an insurance policy issued by Tokio Marine.

2. This matter is a civil action for which the District Court of the United States has original jurisdiction because there exists diversity of citizenship between the Plaintiff and the Defendant as provided in 28 U.S.C. §1332 and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.  Accordingly, this action is removable to this Court pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1441, see Complaint, ¶¶1 and 2.

3. This action involves a controversy between citizens of different states.

4. Plaintiff Miriam Alvarado is a citizen of the State of Indiana, specifically in Bartholomew County, Indiana.

5.      Tokio Marine is a company duly organized and existing under the laws of New York with its principal place of business in New York, New York. It is a citizen of the State of New York.

6.      Removal of such action or proceeding to the United States District Court is timely pursuant to 28 U.S.C. §1446 because this Notice of Removal has been filed within 30 days after the service of Summons and Complaint. (Tokio Marine was served with the Complaint on June 19, 2020.)

7.      Pursuant to the provisions of 28 U.S.C. §1446, Tokio Marine attaches herewith and incorporates herein all filings made in the Circuit Court of Bartholomew County, Indiana which are attached hereto as Exhibit A.

8.      For the Court's convenience, the Complaint in the state court action is separately attached hereto as Exhibit B

9.      Tokio Marine is entitled to have this cause removed from the Circuit Court of Bartholomew County to the United States District Court for the Southern District of Indiana, the federal district wherein said suit is pending.

10.     Written notice of the filing of this Notice of Removal has been given to the adverse party as required by law. A true copy of the Notice will be filed with the Clerk of the Circuit Court of Bartholomew County, Indiana as provided by law in the form submitted herewith as Exhibit C.

WHEREFORE, Defendant Tokio Marine America Insurance Company gives notice that this action is removed to this Court, and asks that this Court accept jurisdiction of this action and place on the docket as if this action had originally been instituted in this Court.

                      KIGHTLINGER & GRAY, LLP

By:    */s/Ginny L. Peterson*_____
       Ginny L. Peterson, #20305-41
       *Attorneys for Defendant,*
       *Tokio Marine America Insurance Company*
       KIGHTLINGER & GRAY, LLP
       211 N. Pennsylvania Street, Suite 300
       Indianapolis, IN 46204
       Tel: 317-638-4521
       Email: gpeterson@k-glaw.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 7, 2020, the foregoing was filed electronically. Service of this filing will be made on all registered counsel by operation of the Court's electronic filing system.

Randal M. Klezmer
KLEZMER MAUDLIN, P.C.
8250 Center Run Drive
Indianapolis, IN 46250
rklezmer@klezmermaudlin.com
*Attorney for Plaintiff*

                                                         */s/Ginny L. Peterson*_____
                                                         Ginny L. Peterson

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521
gpeterson@k-glaw.com