# EXHIBIT B

STATE OF INDIANA )  IN THE BARTHOLOMEW COUNTY CIRCUIT
                 )  COURT
                 )SS:
COUNTY OF BARTHOLOMEW ) CAUSE NO. 03D02-2006-CT-002822

MIRIAM ALVARADO, )
                 )
              *Plaintiff*, )
                 )
       -v.-     )
                 )
TOKIO MARINE AMERICA INSURANCE CO. )
                 )
              *Defendant*. )

## **COMPLAINT FOR DAMAGES AND REQUEST FOR JURY TRIAL**

Comes now the Plaintiff, Miriam Alvarado, and for her Complaint for Damages against the Defendant, Tokio Marine America Insurance Co., and Request for Jury Trial, alleges and states follows:

1.     That the Plaintiff was and continues to be a resident of Bartholomew County, Columbus, Indiana.

2.     That the Defendant, Tokio Marine America Insurance Co. (hereinafter "Tokio Marine") is a corporation licensed to sell and service automobile insurance policies in the State of Indiana.

3.     That on February 4, 2019, the Plaintiff, Miriam Alvarado, was getting out of her personal automobile in the employee authorized parking lot at Enkei America, Inc., at its location in Columbus, Indiana, when a co-worker, while driving his personal automobile and driving away from the company property, after the completion of his shift, struck Ms. Alvarado as a pedestrian on Inwood Drive in Columbus, Indiana.  The gentleman who struck and injured Plaintiff, James V. Gregory, was operating a motor vehicle and failed to respect the right of way

of Plaintiff, crossing a pedestrian walkway in front of the Enkei facility.

4.     That Plaintiff in no way contributed to the cause of the collision or the damages she sustained.

5.     James D. Gregory, was negligent in the operation of his motor vehicle.

6.     That as a direct and proximate result of the carelessness and negligence of Mr. Gregory, Plaintiff, Miriam Alvarado, sustained physical injuries, incurred medical expenses and other costs, has incurred lost wages, and has experienced physical pain, mental anguish, and the loss of enjoyment of life from her personal injuries.

7.     That at the time of this incident, James D. Gregory was an uninsured motorist.

8.     That at the time of said accident, Plaintiff was insured through her personal vehicle through State Farm Mutual Automobile Insurance.

9.     That the Plaintiff's employer, at the time of said accident, was insured through Tokio Marine and carried an uninsured motorist policy.  (Said uninsured motorist policy is attached hereto as Exhibit A.)

10.     The uninsured Tokio Marine policy was in full force and effect at the time of this pedestrian/motor vehicle collision.

11.     That the uninsured motorist policy with the Defendant provides coverage to "insureds" including anyone "occupying" a covered "auto."

12.     Plaintiff is entitled to benefits from the Enkei/Tokio Marine uninsured motorist policy.

WHEREFORE, Plaintiff respectfully requests judgement against the Defendant, Tokio Marine, in an amount reasonable to compensate her for her damages sustained, for any and all pre-judgement interest calculated daily according to statute, and any other relief deemed just and

proper in the premises.

Respectfully submitted,


/s/ *Randal M. Klezmer*
Randal M. Klezmer (#16442-06)
KLEZMER MAUDLIN, P.C.
8250 Center Run Drive
Indianapolis, IN 46250
(317) 569-9644

# D I V I D E R

# P A G E

Producer No:  0130021          SAN:          59569300000000
Pol Eff Dt:   04-01-2018       Office:       04

Date Printed: 04-30-2018
Time Printed: 17:08:52

Trans Eff Dt: 04-01-2018
Insured Name: ENKEI AMERICA, INC.
Policy No:    CA6404514-08
Trans Seq No: 001
Trans Type:   Renewal Issue
Oper Init:    MANGROS
Company Abbr: TO
Release Version: 18.07

| User-Selected Sets | Copies | Printer |
|---|---|---|
| INSURED COPY | 01 | NJXEROXD95 |
| PRODUCER | 01 | NJXEROXD95 |
| COMPANY | 01 | PDF ONLY |
| PREMIUM AUDIT | 01 | PDF ONLY |
| CERTIFIED POLICY | 01 | PDF ONLY |

```
AON RISK SERVICES CENTRAL, INC.
450 E. 96TH ST. SUITE 275
INDIANAPOLIS IN 46240
```

ATTACHED ARE DOCUMENTS FOR THE FOLLOWING NAMED INSURED:

```
ENKEI AMERICA, INC.
2900 WEST INWOOD DRIVE
COLUMBUS IN 47201
```

04-30-18

INTERLINE

# NOTICE TO COMMERCIAL INSURANCE APPLICANTS
# STATE FRAUD WARNINGS

**This Notice to Commercial Insurance Applicants – State Fraud Warnings provides you with information concerning various state fraud warnings and statements. Where fraud warnings are required as part of the insurance application, this notice forms a part of your application for Commercial Insurance. Please have this form signed by an authorized representative and returned with your application.**

**ALABAMA FRAUD STATEMENT:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines and confinement in prison, or any combination thereof.

**ARKANSAS FRAUD STATEMENT:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**COLORADO FRAUD STATEMENT**: It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies.

**DISTRICT OF COLUMBIA FRAUD STATEMENT: WARNING**: It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits, if false information materially related to a claim was provided by the applicant.

**FLORIDA FRAUD STATEMENT**: Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete or misleading information is guilty of a felony of the third degree.

**HAWAII FRAUD STATEMENT:** Intentionally or knowingly misrepresenting or concealing a material fact, opinion or intention to obtain coverage, benefits, recovery or compensation when presenting an application for the issuance or renewal of an insurance policy or when presenting a claim for the payment of a loss is a criminal offense punishable by fines or imprisonment, or both.

INTERLINE

**KANSAS FRAUD STATEMENT:**  Any person who commits a fraudulent insurance act is guilty of a crime and may be subject to restitution, fines and confinement in prison. A fraudulent insurance act means an act committed by any person who, knowingly and with intent to defraud, presents, causes to be presented or prepares with knowledge or belief that it will be presented to or by an insurer, purported insurer or insurance agent or broker, any written statement as part of, or in support of, an application for insurance, or the rating of an insurance policy, or a claim for payment or other benefit under an insurance policy, which such person knows to contain materially false information concerning any material fact thereto; or conceals, for the purpose of misleading, information concerning any fact material thereto.

**KENTUCKY FRAUD STATEMENT:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**LOUISIANA FRAUD STATEMENT:**  Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**MAINE FRAUD STATEMENT:**  It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company.  Penalties may include imprisonment, fines or a denial of insurance benefits.

**MARYLAND FRAUD STATEMENT:**  Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**NEW JERSEY FRAUD STATEMENT:** Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties.

**NEW MEXICO FRAUD STATEMENT:  WARNING -** ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR PAYMENT OF A LOSS OR BENEFIT OR KNOWINGLY PRESENTS FALSE INFORMATION IN AN APPLICATION FOR INSURANCE IS GUILTY OF A CRIME AND MAY BE SUBJECT TO CIVIL FINES AND CRIMINAL PENALTIES.

**NEW YORK FRAUD STATEMENT**: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**NEW YORK ADDITIONAL FRAUD STATEMENT – COMMERCIAL AUTO:** Any person who knowingly makes or knowingly assists, abets, solicits or conspires with another to make a false report of the theft, destruction, damage or conversion of any motor vehicle to a law enforcement agency, the department of motor vehicles or an insurance company, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the value of the subject motor vehicle or stated claim for each violation.

©Tokio Marine Management, Inc., 2013

Producer Copy

INTERLINE

**OHIO FRAUD STATEMENT**: Any person who, with intent to defraud or knowing that he/she is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**OKLAHOMA FRAUD STATEMENT: WARNING**: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**OREGON FRAUD STATEMENT**:  Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents materially false information in an application for insurance may be guilty of a crime and may be subject to fines and confinement in prison. In order for us to deny a claim on the basis of misstatements, misrepresentations, omissions or concealments on your part, we must show that:
1. The misinformation is material to the content of the policy;
2. We relied upon the misinformation; and
3. The information was either:
   a. Material to the risk assumed by us; or
   b. Provided fraudulently.

For remedies other than the denial of a claim, misstatements, misrepresentations, omissions or concealments on your part must either be fraudulent or material to our interests. With regard to fire insurance, in order to trigger the right to remedy, material misrepresentations must be willful or intentional. Misstatements, misrepresentations, omissions or concealments on your part are not fraudulent unless they are made with the intent to knowingly defraud.

**PENNSYLVANIA FRAUD STATEMENT**: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**PENNSYLVANIA ADDITIONAL FRAUD STATEMENT – COMMERCIAL AUTO:** Any person who knowingly and with intent to injure or defraud any insurer files an application or claim containing any false, incomplete or misleading information shall, upon conviction, be subject to imprisonment for up to seven years and payment of a fine of up to $15,000.

**PUERTO RICO FRAUD STATEMENT:** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation with the penalty of a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**RHODE ISLAND FRAUD STATEMENT:**  Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

©Tokio Marine Management, Inc., 2013

Producer Copy

INTERLINE

**TENNESSEE FRAUD STATEMENT**: It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**TENNESSEE FRAUD STATEMENT – WORKERS COMPENSATION:**  It is a crime to knowingly provide false, incomplete or misleading information to any party to a workers' compensation transaction for the purpose of committing fraud.  Penalties include imprisonment, fines and denial of insurance benefits.

**UTAH FRAUD STATEMENT – WORKERS COMPENSATION:**  Any person who knowingly presents false or fraudulent underwriting information, files or causes to be filed a false or fraudulent claim for disability compensation or medical benefits, or submits a false or fraudulent report or billing for health care fees or other professional services is guilty of a crime and may be subject to fines and confinement in state prison.

**VIRGINIA FRAUD STATEMENT**: It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**WASHINGTON FRAUD STATEMENT:**  It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company.  Penalties include imprisonment, fines and denial of insurance benefits.

**WEST VIRGINIA FRAUD STATEMENT:**  Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**FRAUD STATEMENT (STATES NOT LISTED ABOVE):**  Any person who knowingly presents a false or fraudulent claim for payment of a loss benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**INSURED/APPLICANT:** ENKEI AMERICA, INC.
**POLICY/QUOTE #:** CA6404514-08

_____        _____
Insured/Applicant Authorized Representative Signature                Date Signed

**This notice is provided by Tokio Marine Management, Inc. on behalf of Tokio Marine America Insurance Company, Trans Pacific Insurance Company and TNUS Insurance Company.**

©Tokio Marine Management, Inc., 2013

Producer Copy

INTERLINE

# PRIVACY NOTICE
# COMMERCIAL CUSTOMERS

## YOUR PRIVACY

Tokio Marine Management, Inc. and its U.S. insurers are committed to protecting your Non-Public Information. We want you to know about our policies and procedures for protecting your Information.  As our customer, we want you to understand what kind of Information we collect about you, how we disclose it and how we protect it.

## WHAT KIND OF INFORMATION IS COLLECTED ABOUT YOU

By "Non-Public Information", we mean non-public information about your business, such as financial information, account numbers, loss history, personal non-public information of your employees including social security number, address or medical information and any proprietary information we obtain about your business or your customers.   We collect Information from a variety of sources including:

- The applications or other forms you provide to us such as prior insurance information

- Your transactions with us, our affiliates or others (for example, premium payment and claims history)

- Information from an independent reporting agency (for example, a property inspection report, accident report or claim report)

## HOW WE DISCLOSE YOUR INFORMATION

We do not disclose any Non-Public Information about our customers or former customers, unless we are legally permitted to do so.  We may disclose your Non-Public Information to third parties that we use to service your account. These third parties may include:

- Your agent, broker or producer

- Independent claims adjusters, investigators, data processors or attorneys

- Persons or organizations that conduct scientific research, including actuarial or underwriting studies

- An insurance support organization or another insurer, to prevent or prosecute fraud or to properly underwrite the risk

- Another insurer, if you are involved in an accident with their insured

©Tokio Marine Management, Inc., 2013

**INTERLINE**

- State insurance departments or other governmental or law enforcement authorities, if required by law, to protect our legal interests or in cases of suspected fraud or illegal activities

- A court of law

We are required to disclose Non-Public Information if we receive a subpoena, search warrant or other court order.

**HOW WE PROTECT YOUR INFORMATION**
We restrict access to Non-Public Information about you to those employees who need that information in order to provide products or services to you. We maintain physical, electronic, and procedural safeguards that comply with federal and state law to guard your Information.

**AMENDMENTS**
We may amend this Privacy Notice from time to time and will inform you of these changes as required by law.

**FURTHER INFORMATION**
If you have any questions about this Privacy Notice or the confidentiality of your Non-Public Information, please contact us at:

Chief Privacy Officer
TMNA Services, LLC.
800 E. Colorado Blvd.
Pasadena, CA 91101

This Privacy Notice is provided on behalf of Tokio Marine America Insurance Company, Trans Pacific Insurance Company and TNUS Insurance Company.

| Policy No. | **CA6404514-08** |
|---|---|
| Issued to: | ENKEI AMERICA, INC. |
| Issued by: | Tokio Marine America Insurance Company |
| Producer: | AON RISK SERVICES CENTRAL, INC. |

# POLICYHOLDER NOTICE
# ESTIMATE OF INSTALLMENTS

**The purpose of this notice is informational.  This notice does not change or replace the wording in your policy.**

This policy is written on an installment payment option that you agreed to. Your premium is due and payable in the estimated installments as shown below. Any authorized taxes, surcharges, assessments or fees* that apply are payable in full with the first estimated installment. We will send you the actual installment schedule after we have issued your policy.

| DATE DUE | PREMIUM DUE | TAXES, SURCHARGES, ASSESSMENTS OR FEES* DUE | TOTAL INSTALLMENT PREMIUM DUE |
|---|---|---|---|
| 04/01/2018 | $      6,620.00 | | $      6,620.00 |
| 07/01/2018 | $      6,618.00 | | $      6,618.00 |
| 10/01/2018 | $      6,618.00 | | $      6,618.00 |
| 01/01/2019 | $      6,618.00 | | $      6,618.00 |

*NY: Reference to surcharges, assessments or fees does not apply; TX: these do not apply

ILN 00 002 09 09                    ©Tokio Marine Management, Inc. 2009                    **Page 1 of 1**

Producer Copy

IL U 070 07 17

# INDIANA UNINSURED MOTORISTS COVERAGE AND UNDERINSURED MOTORISTS COVERAGE SELECTION/REJECTION

| Policy Number:   CA6404514-08 | Policy Effective Date:   04/01/2018 |
|---|---|
| **Company:**   TOKIO MARINE AMERICA INSURANCE COMPANY | |
| **Producer:**   AON RISK SERVICES CENTRAL, INC. | |
| **Applicant/Named Insured:**   ENKEI AMERICA, INC.  ENKEI AMERICA MOLDINGS, INC | |

Indiana law permits you to make certain decisions regarding Uninsured Motorists Coverage and Underinsured Motorists Coverage. This document briefly describes these coverages and the options available.

You should read this document carefully and contact us or your agent if you have any questions regarding Uninsured Motorists Coverage or Underinsured Motorists Coverage and your options with respect to these coverages.

This document includes general descriptions of coverage. However, no coverage is provided by this document. You should read your policy and review your Declarations page(s) and/or Schedule(s) for complete information on the coverages you are provided.

**UNINSURED MOTORISTS COVERAGE AND UNDERINSURED MOTORISTS COVERAGE**

Bodily Injury Uninsured Motorists Coverage provides insurance protection to an insured for compensatory damages which the insured is legally entitled to recover from the owner or operator of an uninsured motor vehicle because of bodily injury caused by an automobile accident. Also included are damages due to bodily injury that result from an automobile accident with a hit-and-run vehicle whose owner or operator cannot be identified.

Property Damage Uninsured Motorists Coverage provides insurance protection to an insured for compensatory damages which the insured is legally entitled to recover from the owner or operator of an uninsured motor vehicle because of property damage caused by an automobile accident.

Bodily Injury Underinsured Motorists Coverage provides insurance protection to an insured for compensatory damages which the insured is legally entitled to recover from the owner or operator of an underinsured motor vehicle because of bodily injury caused by an automobile accident.

Unless rejected, your policy will afford:

1. Bodily Injury Uninsured Motorists Coverage at limits equal to your Split Limits for Bodily Injury Liability Coverage or Combined Single Limit for Liability Coverage.

2. Bodily Injury Underinsured Motorists Coverage at limits at least equal to your Split Limits for Bodily Injury Liability Coverage or Combined Single Limit for Liability Coverage, unless your Split Limits for Bodily Injury Liability Coverage are less than $50,000, in which case your policy will afford Bodily Injury Underinsured Motorists Coverage at limits equal to $50,000 for each person subject to $50,000 for each accident.

If you purchase Bodily Injury Uninsured Motorists Coverage, then you may also purchase Property Damage Uninsured Motorists Coverage, or you may reject such coverage.

 © Insurance Services Office, Inc., 2017

Producer Copy

Please indicate your choices in Sections **I.** AND **II.** as follows:

### I. Uninsured Motorists Coverage

Please indicate your choice from either **A., B.** or **C.** as follows:

#### A. Selection Of Bodily Injury And Property Damage Uninsured Motorists Coverage

By initialing and signing below, you are selecting Bodily Injury AND Property Damage Uninsured Motorists Coverage.

Please indicate your choice by initialing next to the appropriate item(s) in **1.a.** OR **1.b.** (Split Limits) or **2.** (Combined Single Limit) and signing where indicated.

##### 1. Split Limits

Please note that we only offer Property Damage Uninsured Motorists Coverage limits up to the Property Damage Liability Coverage limit of your policy, even though higher limits may appear below.

| (Initials) | |
|---|---|
| _____ | **a.  I select Bodily Injury Uninsured Motorists Coverage at limits equal to my Bodily Injury Liability Coverage (split limits) AND I select Property Damage Uninsured Motorists Coverage at a limit of $25,000 for each accident.** |
| | **OR** |
| _____ | **b.  I select Bodily Injury Uninsured Motorists Coverage at limits equal to my Bodily Injury Liability Coverage (split limits) AND I select Property Damage Uninsured Motorists Coverage at the following higher limit.** |

**(Choose one:)**

| (Initials) | Property Damage | |
|---|---|---|
| _____ | $ | 50,000 |
| _____ | $ | 100,000 |
| _____ | _____ | |
| | **(Other)** | |

_____          _____

**Signature Of Applicant/Named Insured**                               **Date**

Producer Copy

**2. Combined Single Limit**

| (Initials) | I select Bodily Injury and Property Damage Uninsured Motorists Coverage at a limit equal to my Combined Single Limit for Liability Coverage. |
| --- | --- |

_____     _____

Signature Of Applicant/Named Insured                                    Date

**OR**

**B. Rejection Of Property Damage Uninsured Motorists Coverage And Selection Of ONLY Bodily Injury Uninsured Motorists Coverage**

By initialing and signing below, you are rejecting Property Damage Uninsured Motorists Coverage and selecting ONLY Bodily Injury Uninsured Motorists Coverage in connection with your automobile liability policy.

| (Initials) | I reject Property Damage Uninsured Motorists Coverage and select ONLY Bodily Injury Uninsured Motorists Coverage at limits equal to my Bodily Injury Liability Coverage (split limits) or Combined Single Limit for Liability Coverage. |
| --- | --- |

_____     _____

Signature Of Applicant/Named Insured                                    Date

**OR**

**C. Rejection Of BOTH Bodily Injury Uninsured Motorists Coverage And Property Damage Uninsured Motorists Coverage**

By initialing and signing below, you are rejecting Bodily Injury Uninsured Motorists Coverage AND Property Damage Uninsured Motorists Coverage in their entirety.

| (Initials) | I reject BOTH Bodily Injury Uninsured Motorists Coverage AND Property Damage Uninsured Motorists Coverage. |
| --- | --- |

_____     _____

Signature Of Applicant/Named Insured                                    Date

Producer Copy

## II. Underinsured Motorists Coverage

Please indicate your choice in Section **A.** or **B.:**

### A. Selection Of Bodily Injury Underinsured Motorists Coverage

By initialing and signing below, you are selecting Bodily Injury Underinsured Motorists Coverage in connection with your automobile liability policy.

Please indicate your choice by initialing next to the appropriate items in **1.** OR **2.** and signing where indicated.

#### 1. Split Limits

| **(Initials)** | |
|---|---|
| _____ | **I select Bodily Injury Underinsured Motorists Coverage at limits equal to my Bodily Injury Liability Coverage (split limits), unless my Bodily Injury Liability Coverage Limits (split limits) are less than $50,000 for each person subject to $50,000 for each accident in which case I select Bodily Injury Underinsured Motorists Coverage at limits equal to $50,000 for each person subject to $50,000 for each accident.** |

| _____ | _____ |
|---|---|
| **Signature Of Applicant/Named Insured** | **Date** |

#### 2. Combined Single Limit

| **(Initials)** | |
|---|---|
| _____ | **I select Bodily Injury Underinsured Motorists Coverage at a limit equal to my Combined Single Limit for Liability Coverage.** |

| _____ | _____ |
|---|---|
| **Signature Of Applicant/Named Insured** | **Date** |

**OR**

          © Insurance Services Office, Inc., 2017          **IL U 070 07 17**

Producer Copy

**B.  Rejection Of Bodily Injury Underinsured Motorists Coverage**

By initialing and signing below, you are rejecting Bodily Injury Underinsured Motorists Coverage in connection with your automobile liability policy in its entirety.

---

**(Initials)**

_____     **I reject Bodily Injury Underinsured Motorists Coverage.**


_____     _____

             **Signature Of Applicant/Named Insured**                          **Date**

---

# RISK MANAGEMENT SERVICE APPLICATION FORM
# -FLORIDA-

**To: Tokio Marine Management, Inc.**
**Loss Control Department for the State of Florida,**

**Yes - I am interested in obtaining assistance in the areas checked below:**

| OFFICE USE ONLY | |
|---|---|
| Log No: | |
| Received: | |

**Note to Applicant:**
First, complete Application form; then send to:

**Tokio Marine Management, Inc., Loss Control Dept. (Florida),**
**230 Park Avenue, New York, N.Y. 10169**

**Administrative:**
- [ ] Guidelines on developing a Risk Management Plan
- [ ] Safe workplace enforcement
- [ ] Safe workplace responsibilities
- [ ] Accident analysis and investigation
- [ ] Safety committees
- [ ] Safety self-inspection
- [ ] Establishing loss control program

**Fire Prevention and Detection:**
- [ ] Fire hazards identification
- [ ] Fire emergency plan
- [ ] Fire extinguishers
- [ ] Standpipes and hoses
- [ ] Automatic sprinkler protection
- [ ] Fire alarms
- [ ] Smoke detectors
- [ ] Compressed gas equipment
- [ ] Compressed gases
- [ ] Liquefied petroleum gas
- [ ] Flammable liquids

**Environmental and Pollution:**
- [ ] Pollution hazard identification

**Slip and Fall Hazards:**
- [ ] Hazard identification
- [ ] Incident and accident analysis
- [ ] Accident investigation

**Product Hazards:**
- [ ] Hazard identification
- [ ] Review of existing product hazards program
- [ ] Assistance in organizing a product loss control program

**General:**
- [ ] Disease hazards
- [ ] Accidental occurrences
- [ ] Construction site hazards
- [ ] Construction equipment hazards
- [ ] Material handling
- [ ] Hoisting equipment
- [ ] Warning signs
- [ ] Safety materials

**Training:**
- [ ] Supervisor training in loss control
- [ ] Loss control manager training
- [ ] Driver education
- [ ] Safety management counseling

Other: _____

_____

Applicant's Name: _____

Company: _____

Address: _____

City & State: _____ Zip Code: _____

Telephone: Area Code (     )_____

Tokio Marine Policy Issuing Office (city):_____

Producer's Name and Address:_____

_____

Policy Number:_____ Expiration Date: _____

NO CHARGE WILL BE MADE FOR GUIDELINES ON DEVELOPING A RISK MANAGEMENT PLAN. HOWEVER, THE POLICYHOLDER IS RESPONSIBLE FOR ALL OTHER COSTS ASSOCIATED WITH RISK MANAGEMENT PROGRAM SERVICES, INCLUDING THE IMPLEMENTATION OF RISK MANAGEMENT MEASURES. IF YOU DO NOT RECEIVE INITIAL CONTACT FROM THE TOKIO MARINE MANAGEMENT, INC. — LOSS CONTROL DEPARTMENT WITHIN 14 WORKING DAYS OF OUR RECEIPT OF YOUR REQUEST, CALL THIS TELEPHONE NUMBER FOR ASSISTANCE:   1-(800)-628-2796.

**IL7 08 001 01 10**

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC")
# NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site — http://www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

**IL9 07 032 01 04**          Includes copyrighted material of Insurance Services Office, Inc.,          **Page 1 of 1**
with its permission.

Producer Copy

Interline

# An Important Message to
# Commercial Property and Casualty Policyholders

The Florida Tort Reform and Insurance Act of 1986 provides that you as a commercial property or casualty policyholder for a Florida-domiciled risk be notified of the availability of our risk management program services. Fill out and forward to us the enclosed form to let us know what assistance you need, if any.

# Importance of Risk Management

An effective risk management program is a matter of good business practice. Its primary goal is to minimize the potential costs resulting from accidental losses. The risk management program is a systematic process aimed at identifying and analyzing loss exposures; selecting the technique or combination of techniques to be used to handle each exposure; implementing the techniques chosen; and monitoring the results to determine if adjustments need to be made.

An effective risk management program can have a measurable and favorable impact on your operations control and what it costs you to do business. While risk management costs may sometimes seem expensive, the benefits of control over operating and other costs can more than offset that expense and result in overall savings.

Tokio Marine Management, Inc. makes consultative services available to assist insureds in the following risk management areas:

- **Pollution and Environmental Hazards (limited basis)**

- **Disease Hazards (limited basis)**

- **Accidental Occurrences**

- **Fire Hazards and Fire Prevention and Detection**

- **Liability for Acts from the Course of Business**

- **Slip and Fall Hazards**

- **Product Hazards**

- **Hazards Unique to a Particular Class or Category of Insureds**

- **Training in Safety Management Techniques**

- **Safety Management Counseling**

ILN 00 008 01 10

INTERLINE

# POLICYHOLDER NOTICE
# CLAIMS HANDLING

Tokio Marine America is committed to providing you with prompt, professional and fair claims handling. In the event of a claim, catastrophe, natural or other disaster, you can contact us at any time before, during or after the event with any concerns or questions you may have.

To report insurance claims, Tokio Marine America has teamed with ACTEC, one of the leading call-in centers in the United States.  Through our efforts, we can provide you with four ways to report your claims:

## Toll Free Reporting Service

Our toll free number to report a claim is:

**1-877-LOSS4TM**
**(1-877-567-7486)**

Operators are on duty 24 hours a day, 7 days a week, including holidays.  We have the capabilities to accept claims in many different languages, including English, Spanish and Japanese.   Also, Tokio Marine America has set up an off hours emergency hotline.  If a claim is determined to be catastrophic, ACTEC will immediately notify us, regardless of the time of day.   A Tokio Marine America representative will immediately make contact with the client and begin the claim handling services.

Once a claim is reported, the operator will provide the claim number to you and forward it to Tokio Marine America.  The claim will be automatically uploaded to our claim system.  Also, all required state forms and reporting will be performed for you.

## Faxing the First Report

A written first report can be faxed, toll free, to **1-800-858-6509.** Please note that this process requires our operators to input the information manually.   As such, it may take longer to arrive at our claims office.

## Internet Reporting Service

Our clients consider this the most convenient way to report a claim.  If you decide to utilize internet reporting, we can provide you with a User ID and password to access the service.

Our system is very user-friendly.  Through a series of questions, all of the information will be recorded and the claim will be reported directly to the Tokio Marine America claims office.  Also, like the toll free reporting, you will receive the claim number once you have completed the report and all state required reporting will be completed on your behalf.

©Tokio Marine Management, Inc., 2017

ILN 00 026 06 17

Producer Copy

**INTERLINE**

## <u>Emailing reports</u>

If you have the capabilities to scan a first report, they can be emailed to: **claims@actec.net**
Like faxing the report, please note it may take longer to forward the report to the claims office.

## <u>Important Reminder</u>

While Tokio Marine America and ACTEC provide the means to report claims quickly and efficiently, please help to reduce your claim by reporting it as soon as you are aware of the claim.  Independent studies have shown that claims reported immediately, as opposed to delaying, result in reduced payments and expenses.

For more information, you may contact us at:

**Tokio Marine America**
**Claims Department**
**PO Box 483**
**Jersey City, NJ 07303**
**855-391-5714**

Thank you for choosing Tokio Marine America for your insurance needs.  We appreciate your business.

This notice is provided by Tokio Marine Management, Inc. on behalf of its insurance companies Tokio Marine America Insurance Company, Trans Pacific Insurance Company and TNUS Insurance Company.  Tokio Marine America is the marketing name for these companies.

Producer Copy

**INTERLINE**

# POLICYHOLDER NOTICE
# FLORIDA
# COMPLAINT NOTICE

This notice is being provided to you pursuant to requirements of Florida Statutes Section 627.4131, relating to our toll-free information and complaint number.  Please be sure this notice is attached to the front of your policy.

For information, or to make a complaint, call:

855-391-5714

This notice is provided by Tokio Marine Management, Inc. on behalf of its insurance companies Tokio Marine America Insurance Company, Trans Pacific Insurance Company and TNUS Insurance Company.  Tokio Marine America is the marketing name for these companies.

©Tokio Marine Management, Inc., 2017

ILN 00 029 11 17                                                                                    Page 1 of 1

**COMMERCIAL AUTOMOBILE**

# POLICYHOLDER NOTICE
# UM/PIP COVERAGE OPTIONS

Dear Insured:

Thank you for choosing Tokio Marine America and our insurers, Tokio Marine America Insurance Company, Trans Pacific Insurance Company and TNUS Insurance Company for your Commercial Auto insurance coverage. We are very pleased to have your business and we are looking forward to working with you.

Attached is your automobile liability policy along with the supporting Uninsured (UM), Underinsured (UIM) and Personal Injury Protection (PIP) forms.  We require that you complete and sign these forms annually to ensure that we provide the appropriate coverage for your needs.

If you have not yet completed and returned the forms to Tokio Marine America for the current policy period, please do so immediately. Completed forms should be returned either by US mail or by email to the contact information provided below.

**Mailing Address**:          Tokio Marine America
                              Attn: Selection/Rejection forms processing
                              3939 Belt Line Road, suite 650
                              Addison, TX 75001

**Email Address:**            **UIMselectionforms@tokiom.com**

Because each state has its own unique forms to confirm coverage selections, we have created reference documents to assist you in completing these coverage forms. These reference documents illustrate how to:

1) Reject coverage when possible or accept only the minimum limits when the law does not allow coverage to be rejected;  OR

2) Purchase full limits. Note: The reference documents assume at $1,000,000 UM/UIM policy limit. However, your form completion must match the limits that you have decided to purchase.

The reference documents are available via our online risk management information system, **MyTMM**.  To access the reference documents, please:

**(1) Visit our website at: http:www.mytmm.com**
**(2) Click on "AskMyTMM/Reference Documents"**
**(3) Select "Auto Policy Selection/Rejection Forms"**

All policyholders and producers (brokers and agents) are given access free of charge to MyTMM.  If you have not yet accessed MyTMM or have lost your login or password, please contact the MyTMM help desk for assistance at:

Tel: (888) 854-8782 or
Email: **cs.mytmm@tokiom.com**

The reference documents are provided as a general illustration only.  They do not provide specific advice. UM/UIM/PIP coverages vary by state and coverage afforded may depend upon specific claims circumstances. You are responsible for making your own selection/rejection choices.  Please consult with your insurance producer (agent or broker) if you have any specific questions regarding limits, coverage and elections.

Thank you for doing business with Tokio Marine America.

©Tokio Marine Management, Inc., 2016

CAN 00 003 09 16                                                          Page 1 of 1

# Tokio Marine America Insurance Company

1221 Avenue of the Americas, Suite 1500, New York, NY 10020
**A Stock Insurance Company**
212-297-6600



## COMMON POLICY DECLARATIONS

**POLICY NUMBER: CA6404514-08**
PRIOR POLICY NUMBER: **CA6404514-07**

| NAMED INSURED AND MAILING ADDRESS | PRODUCER NAME AND MAILING ADDRESS |
|---|---|
| ENKEI AMERICA, INC.<br>(SEE NAMED INSURED ENDT)<br>2900 WEST INWOOD DRIVE<br>COLUMBUS IN 47201<br><br>CUSTOMER #:  0500140010 | AON RISK SERVICES CENTRAL, INC.<br>450 E. 96TH ST. SUITE 275<br>INDIANAPOLIS IN 46240<br><br>PRODUCER CODE: 0130021<br>PRODUCER CONTACT (IF ANY):<br>MAKIKO KEENEY |

| DESCRIPTION OF BUSINESS | |
|---|---|
| FORM OF BUSINESS: | CORPORATION |
| BUSINESS DESCRIPTION: | AUTOMOTIVE ALUMINUM WHEEL MANUFACTURER |

| POLICY PERIOD | | | |
|---|---|---|---|
| POLICY PERIOD FROM: | 04-01-2018 | TO:  04-01-2019 | at 12:01 a.m. standard time at your mailing address |

| FORMS AND ENDORSEMENTS |
|---|
| Forms and Endorsements attached to this policy:   See **SCHEDULE OF FORMS AND ENDORSEMENTS** |

| STAMPS (if applicable) |
|---|
| |

©Tokio Marine Management, Inc. 2008
Includes copyrighted material of ISO Properties, Inc., used with its permission

Producer Copy

**COMMON POLICY DECLARATIONS**
**(continued)**

**POLICY NUMBER:** CA6404514-08

In return for the payment of the premium, and subject to all the terms of the policy, we agree with you to provide the insurance as stated in this policy. This policy consists of the following coverage parts for which a premium is indicated. This premium, along with any taxes, surcharges, assessments or fees* may be subject to audit.

| COVERAGE PART(S) | PREMIUM |
|---|---|
| COMMERCIAL AUTOMOBILE COVERAGE PART | $            26,474.00 |
| **TOTAL ADVANCE COVERAGE PART PREMIUM** | 26,474.00 |
| **TOTAL ADVANCE TAXES, SURCHARGES, ASSESSMENTS OR FEES* (if applicable)** | |
| **TOTAL PREMIUM** | $            26,474.00 |

| PREMIUM SHOWN IS PAYABLE: | SEE INSTALLMENT SCHEDULE |
|---|---|

*NY: reference to surcharges, assessments or fees does not apply.

Countersigned: _04-30-18_          By: _____
          (Date)                                    (Authorized Representative)

Servicing / Issuing Office: **499 Washington Blvd, Suite 1500, Jersey City, NJ 07310**

**THESE COMMON POLICY DECLARATIONS AND THE SUPPLEMENTAL DECLARATIONS, WITH THE COMMON POLICY CONDITIONS, COVERAGE PART(S), FORMS AND ENDORSEMENTS COMPLETE THIS POLICY.**

©Tokio Marine Management, Inc. 2008
Includes copyrighted material of ISO Properties, Inc., used with its permission

Producer Copy

# Tokio Marine America Insurance Company

1221 Avenue of the Americas, Suite 1500, New York, NY 10020
A Stock Insurance Company
212-297-6600


**TOKIO MARINE
AMERICA**

## COMMON POLICY DECLARATIONS

**POLICY NUMBER:** CA6404514-08
**PRIOR POLICY NUMBER:** CA6404514-07

Named Insured: ENKEI AMERICA, INC.
ENKEI AMERICA MOLDINGS, INC.
Mailing Address: 2900 WEST INWOOD DRIVE
COLUMBUS, IN 47201

Legal Entity Type:        CORPORATION
Business Description:    AUTOMOTIVE ALUMINUM WHEEL MANUFACTURER

Policy Period: From  04/01/2018   To  04/01/2019   At 12:01 A.M. Standard Time at your
mailing address shown above

IN RETURN FOR THE PAYMENT OF PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE
AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED.
THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| COVERAGE PART(S) | PREMIUM |
|---|---|
| COMMERCIAL AUTOMOBILE COVERAGE PART | $          26,474.00 |
| TOTAL ADVANCE PREMIUM: | 26,474.00 |
| ESTIMATED TAXES (if applicable): | |
| TOTAL: | $          26,474.00 |

PREMIUM SHOWN IS PAYABLE:    SEE INSTALLMENT SCHEDULE

FORMS APPLICABLE: See "Schedule of Forms and Endorsements".

STAMPS (if applicable)

## COMMON POLICY DECLARATIONS
### (continued)

**POLICY NUMBER:** CA6404514-08

THESE COMMON POLICY DECLARATIONS AND THE SUPPLEMENTAL DECLARATIONS, WITH THE COMMON POLICY CONDITIONS, COVERAGE PART(S), FORMS AND ENDORSEMENTS COMPLETE THIS POLICY.

Countersigned: __04/30/2018__   By: _____

\(Date\)                                    (Authorized Representative)

| | |
|---|---|
| Issuing Agency/ Producing Office: | AON RISK SERVICES CENTRAL, INC.     Producer Code:  0130021 |
| | 450 E. 96TH ST. SUITE 275 |
| | INDIANAPOLIS IN 46240 |

Producer Contact (if any):  MAKIKO KEENEY

Insurer Servicing/Issuing Office:   **499 Washington Blvd, Suite 1500, Jersey City, NJ 07310**

INTERLINE

POLICY NUMBER:   CA6404514-08

*Authorization*

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

**TOKIO MARINE AMERICA INSURANCE COMPANY**

_____
Secretary

_____
President

Date Issued:     04/30/2018

IL9 05 002 11 17                        ©Tokio Marine Management, Inc., 2017                        Page 1 of 1

**INTERLINE**

## SCHEDULE OF NAMED INSUREDS

| | |
|---|---|
| | **POLICY NUMBER:** CA6404514-08 |

| | |
|---|---|
| Named Insured: | ENKEI AMERICA, INC.  ENKEI AMERICA MOLDINGS, INC. |
| Issued by: | Tokio Marine America Insurance Company |
| Producer: | AON RISK SERVICES CENTRAL, INC.          Producer Code: 0130021 |
| Effective Date: | 04/01/2018          12:01 a.m. standard time at your mailing address shown in the Policy Declarations |

**IL9 05 003  (cont.)**

**THE NAMED INSURED ON FORM IL9 05 003 IS AMENDED TO READ:**

    **ENKEI AMERICA, INC.**

    **ENKEI AMERICA MOLDINGS, INC.**

INTERLINE

# SCHEDULE OF FORMS AND ENDORSEMENTS

**POLICY NUMBER:** CA6404514-08

| | |
|---|---|
| Named Insured: | ENKEI AMERICA, INC.  ENKEI AMERICA MOLDINGS, INC. |
| Issued by: | Tokio Marine America Insurance Company |
| Producer: | AON RISK SERVICES CENTRAL, INC.          Producer Code: 0130021 |
| Effective Date: | 04/01/2018          12:01 a.m. standard time at your mailing address shown in the Policy Declarations |

**COMMON POLICY FORMS AND ENDORSEMENTS**

| | | |
|---|---|---|
| IL9 05 003 | 02-08 | COMMON POLICY DECLARATIONS |
| APPLIES TO: FL | | |
| IL9 05 003 | 11-17 | COMMON POLICY DECLARATIONS |
| APPLIES TO: IN | | |
| IL9 05 004 | 11-17 | SCHEDULE OF NAMED INSURED(S) |
| APPLIES TO: FL, IN | | |
| IL9 05 006 | 11-17 | SCHEDULE OF FORMS AND ENDORSEMENTS |
| APPLIES TO: FL, IN | | |
| IL9 12 012 | 11-17 | AGENT COUNTERSIGNATURE ENDT-FL |
| APPLIES TO: FL | | |
| IL 00 03 | 09-08 | CALCULATION OF PREMIUM |
| APPLIES TO: FL, IN | | |
| IL 00 17 | 11-98 | COMMON POLICY CONDITIONS |
| APPLIES TO: FL, IN | | |
| IL 00 21 | 09-08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDT |
| APPLIES TO: FL, IN | | |
| IL 01 17 | 12-10 | IN CHANGES - WK EXCLUSION |
| APPLIES TO: IN | | |
| IL 01 56 | 11-17 | INDIANA CHANGES-CONCEAL, MISREP OR FRAUD |
| APPLIES TO: IN | | |
| IL 01 58 | 09-08 | INDIANA CHANGES |
| APPLIES TO: IN | | |
| IL 02 72 | 09-07 | INDIANA CHANGES-CANC & NONRENL |
| APPLIES TO: IN | | |

**AUTOMOBILE FORMS AND ENDORSEMENTS**

INTERLINE

## SCHEDULE OF FORMS AND ENDORSEMENTS

**POLICY NUMBER:** CA6404514-08

| | |
|---|---|
| Named Insured: | ENKEI AMERICA, INC.  ENKEI AMERICA MOLDINGS, INC. |
| Issued by: | Tokio Marine America Insurance Company |
| Producer: | AON RISK SERVICES CENTRAL, INC.          Producer Code: 0130021 |
| Effective Date: | 04/01/2018          12:01 a.m. standard time at your mailing address shown in the Policy Declarations |

| | | |
|---|---|---|
| CA9 05 001 | 11-14 | BUSINESS AUTO SUPPLEMENTAL DECLARATIONS |
| APPLIES TO: FL, IN | | |
| CA9 05 025 | 11-14 | SCHEDULE OF HIRED AUTO - LIABILITY |
| APPLIES TO: FL, IN | | |
| CA905022 | 11-14 | SCHEDULE OF COVERED AUTOS YOU OWN |
| APPLIES TO: FL, IN | | |
| CA 00 01 | 10-13 | BUSINESS AUTO COVERAGE FORM |
| APPLIES TO: FL, IN | | |
| CA 01 19 | 10-13 | INDIANA CHANGES |
| APPLIES TO: IN | | |
| CA 01 28 | 06-17 | FLORIDA CHANGES |
| APPLIES TO: FL | | |
| CA 02 67 | 06-17 | FL CHANGES - CANCELLATION AND NONRENEWAL |
| APPLIES TO: FL | | |
| CA 04 33 | 10-13 | INDIANA CHANGES-POLLUTION EXCLUSION |
| APPLIES TO: IN | | |
| CA 20 55 | 10-13 | FELLOW EMPLOYEE COVERAGE |
| APPLIES TO: IN | | |
| CA 21 44 | 12-15 | INDIANA UNINSURED MOTORISTS COVERAGE |
| APPLIES TO: IN | | |
| CA 21 72 | 06-17 | FL UNINSURED MOTORISTS COV - NON STACKED |
| APPLIES TO: FL | | |
| CA 22 10 | 02-18 | FL PERSONAL INJURY PROTECTION |
| APPLIES TO: FL | | |
| CA 31 16 | 12-15 | IN UNDERINSURED MOTORISTS COVERAGE |
| APPLIES TO: IN | | |
| CA 99 03 | 10-13 | AUTO MEDICAL PAYMENTS COVERAGE |
| APPLIES TO: FL, IN | | |
| CA 99 10 | 10-13 | DRIVE OTHER CAR COV-BROAD COV NAMED IND |
| APPLIES TO: FL, IN | | |

©Tokio Marine Management, Inc. 2017

IL9 05 006 11 17

Page 2

Producer Copy

**INTERLINE**

## SCHEDULE OF FORMS AND ENDORSEMENTS

| | |
|---|---|
| | **POLICY NUMBER:** CA6404514-08 |

| | |
|---|---|
| Named Insured: | ENKEI AMERICA, INC.   ENKEI AMERICA MOLDINGS, INC. |
| Issued by: | Tokio Marine America Insurance Company |
| Producer: | AON RISK SERVICES CENTRAL, INC.          Producer Code: 0130021 |
| Effective Date: | 04/01/2018          12:01 a.m. standard time at your mailing address shown in the Policy Declarations |

| | | |
|---|---|---|
| CA9 04 004 | 03-05 | EXTENDED COVERAGE ENDORSEMENT |
| APPLIES TO: FL, IN | | |
| CA9 12 001 | 01-05 | COMPOSITE RATE ENDORSEMENT |
| APPLIES TO: FL, IN | | |

©Tokio Marine Management, Inc. 2017

IL9 05 006 11 17

Producer Copy

**INTERLINE**

| |
|---|
| This endorsement changes policy          CA6404514-08          to which it is attached and is effective 04/01/2018     at 12:01 a.m. standard time at the Insured's mailing address. |
| Issued to:     ENKEI AMERICA, INC.  ENKEI AMERICA MOLDINGS, INC |
| Issued by:    TOKIO MARINE AMERICA INSURANCE COMPANY |
| Producer:     AON RISK SERVICES CENTRAL, INC. |

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# AGENT COUNTERSIGNATURE ENDORSEMENT

The signature shown on this endorsement complies with the countersignature laws and regulations of the State shown below.

STATE:     FLORIDA

Countersigned: _____   By: _____
                      (Date)                                          (Licensed Agent)

IL9 12 012 11 17                          ©Tokio Marine Management, Inc., 2017                          Page 1 of 1

Producer Copy

IL 00 03 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS / COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

IL 00 03 09 08                    © ISO Properties, Inc., 2007                    **Page 1 of 1**    ▢

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

 Copyright, Insurance Services Office, Inc., 1998 □

Producer Copy

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

    COMMERCIAL AUTOMOBILE COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    FARM COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   **A.** Under any Liability Coverage, to "bodily injury" or "property damage":

   **(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

   **(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   **B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   **C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

   **(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

   **(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

   **(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

  © ISO Properties, Inc., 2007   ☐

Producer Copy

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

   **(a)** Any "nuclear reactor";

   **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

   **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

   **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

 © ISO Properties, Inc., 2007 IL 00 21 09 08  ☐

Producer Copy

IL 01 17 12 10

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# INDIANA CHANGES – WORKERS' COMPENSATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM LIABILITY COVERAGE FORM
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** For insurance provided under the:

Commercial General Liability Coverage Part
Commercial Liability Umbrella Coverage Part
Employment-Related Practices Liability Coverage Part
Liquor Liability Coverage Part
Medical Professional Liability Coverage Part
Owners And Contractors Protective Liability Coverage Part
Pollution Liability Coverage Part
Products/Completed Operations Liability Coverage Part
Railroad Protective Liability Coverage Part
Underground Storage Tank Policy

The following is added to the **Workers' Compensation And Similar Laws** Exclusion:

This exclusion also applies to any obligation of the insured under the Indiana Workers' Compensation statutes arising out of the failure of the insured to exact from a contractor (or subcontractor if the insured is a contractor) a certificate from the workers' compensation board showing that the contractor (or subcontractor) has complied with the applicable workers' compensation insurance requirements.

**B.** For insurance provided under the Commercial Automobile Coverage Part, the following is added to the **Workers' Compensation** Exclusion:

This exclusion also applies to any obligation of the "insured" under the Indiana Workers' Compensation statutes arising out of the failure of the "insured" to exact from a contractor (or subcontractor if the "insured" is a contractor) a certificate from the workers' compensation board showing that the contractor (or subcontractor) has complied with the applicable workers' compensation insurance requirements.

**C.** For insurance provided under the Farm Liability Coverage Form and Farm Umbrella Liability Policy, the following is added to the **Workers' Compensation Or Similar Law** Exclusion:

This exclusion also applies to any obligation of the "insured" under the Indiana Workers' Compensation statutes arising out of the failure of the "insured" to exact from a contractor (or subcontractor if the "insured" is a contractor) a certificate from the workers' compensation board showing that the contractor (or subcontractor) has complied with the applicable workers' compensation insurance requirements.

 © Insurance Services Office, Inc., 2010 ☐

Producer Copy

IL 01 56 11 17

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# INDIANA CHANGES – CONCEALMENT, MISREPRESENTATION OR FRAUD

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART

**A.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

**Concealment, Misrepresentation Or Fraud**

We will not pay for any loss or damage in any case of:

**1.** Concealment or misrepresentation of a material fact; or

**2.** Fraud

committed by an insured ("insured") at any time and relating to a claim under this policy.

**B.** However, with respect to the Commercial Property and Farm Coverage Parts, Paragraph **A.** does not apply when a claim is made by an "innocent coinsured", provided:

**1.** The property loss or damage occurs to the primary residence of the "innocent coinsured" as covered under Building Coverage (for Commercial Property) or Coverage **A** or **B** (for Farm).

**2.** The "final settlement" for the property loss or damage is at least 60% of available insurance proceeds under the policy.

**C.** The following is added and supersedes any provision to the contrary:

**1.** Any payment made pursuant to Paragraph **B.** will be for:

**a.** The actual cost of repair or replacement of the property that is the subject of the claim if the actual cost of repair or replacement is less than or equal to the maximum limit of coverage under the policy; or

**b.** The maximum limit of coverage under the policy if the actual cost of repair or replacement of the property that is the subject of the claim is greater than the maximum limit of coverage under the policy.

**2.** Any payment made pursuant to Paragraph **B.** is limited to the following:

**a.** An "innocent coinsured's" ownership interest in the property, less any payments we make to a mortgagee or other lienholder with a secured interest in the property.

**b.** We will not pay another coinsured for any part of the claim for which we have already paid to an "innocent coinsured".

**c.** We will not pay an amount that is greater than the amount an "innocent coinsured" is entitled to under a decree of dissolution of marriage between the "innocent coinsured" and an individual described in Paragraphs **D.1.a.** or **b.**

**D.** As used in this endorsement, "innocent coinsured" is an insured ("insured") who:

**1.** Did not have knowledge of, cooperate in, or intentionally contribute to a property loss or damage that was caused or arranged by another individual who:

Is an insured ("insured") and:

**a.** Died in connection with the circumstances that caused the property loss or damage; or

**b.** Has been charged with a crime based on a court finding that there is probable cause to believe that the individual committed the crime in connection with the circumstances that caused the property loss or damage;

© Insurance Services Office, Inc., 2017

Producer Copy

   **2.** Signs a sworn affidavit attesting that they did not have knowledge of, cooperate in, or intentionally contribute to the property loss or damage; and

   **3.** Cooperates in the investigation and resolution of the claim for the property loss or damage, any police investigation related to the property loss or damage, and any criminal prosecution of the individual that caused or arranged the property loss or damage.

**E.** As used in this endorsement, "final settlement" is a determination:

   **1.** Of the amount owed by us to an "innocent coinsured" under Building Coverage (for Commercial Property) or Coverage **A** or **B** (for Farm) under the policy and for property loss or damage to the "innocent coinsured's" primary residence; and

   **2.** Made by:

     **a.** Acceptance of a proof of loss by us;

     **b.** Execution of a release by the "innocent coinsured";

     **c.** Acceptance of an arbitration award by the "innocent coinsured" and us; or

     **d.** Judgment of a court of competent jurisdiction.

However, "final settlement" does not apply to loss or damage related to contents, personal property, or another loss that is not covered under Building Coverage (for Commercial Property) or Coverage **A** or **B** (for Farm) under this policy.

 © Insurance Services Office, Inc., 2017 **IL 01 56 11 17**

Producer Copy

IL 01 58 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# INDIANA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL PROPERTY – LEGAL LIABILITY COVERAGE FORM
COMMERCIAL PROPERTY – MORTGAGEHOLDERS ERRORS AND OMISSIONS
COVERAGE FORM*
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM LIABILITY COVERAGE FORM
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

\*  Under the **Mortgageholders Errors And Omissions Coverage Form,** the following condition applies only to Coverage **C** and Coverage **D.**

The following condition is added:

Notice given by or on behalf of the insured to any of our authorized agents in Indiana, with particulars sufficient to identify the insured, shall be considered to be notice to us.

IL 01 58 09 08                      © ISO Properties, Inc., 2007                      Page 1 of 1      □

IL 02 72 09 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INDIANA CHANGES – CANCELLATION
# AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

   **2. Cancellation Of Policies In Effect**

     **a. 90 Days Or Less**

      If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

      **(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium;

      **(2)** 20 days before the effective date of cancellation if you have perpetrated a fraud or material misrepresentation on us; or

      **(3)** 30 days before the effective date of cancellation if we cancel for any other reason.

     **b. More Than 90 Days**

      If this policy has been in effect for more than 90 days, or is a renewal of a policy we issued, we may cancel this policy, only for one or more of the reasons listed below, by mailing or delivering to the first Named Insured written notice of cancellation at least:

      **(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium;

      **(2)** 20 days before the effective date of cancellation if you have perpetrated a fraud or material misrepresentation on us; or

      **(3)** 45 days before the effective date of cancellation if:

        **(a)** There has been a substantial change in the scale of risk covered by this policy;

        **(b)** Reinsurance of the risk associated with this policy has been cancelled; or

        **(c)** You have failed to comply with reasonable safety recommendations.

 © ISO Properties, Inc., 2006 ☐

Producer Copy

**B.** The following is added to the Common Policy Conditions and supersedes any provision to the contrary.

**NONRENEWAL**

1. If we elect not to renew this policy, we will mail or deliver to the first Named Insured written notice of nonrenewal at least 45 days before:

   **a.** The expiration date of this policy, if the policy is written for a term of one year or less; or

   **b.** The anniversary date of this policy, if the policy is written for a term of more than one year.

2. We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

© ISO Properties, Inc., 2006    **IL 02 72 09 07**    ☐

Producer Copy

**Tokio Marine America Insurance Company**

# COMMERCIAL AUTO
## BUSINESS AUTO SUPPLEMENTAL DECLARATIONS

ITEM ONE

| | |
|---|---|
| **POLICY NUMBER:** | CA6404514-08 |

| | |
|---|---|
| NAMED INSURED: | ENKEI AMERICA, INC.<br>(SEE NAMED INSURED ENDORSEMENT) |
| PRODUCER NAME: | AON RISK SERVICES CENTRAL, INC. |
| PRODUCER CODE: | 0130021 |
| EFFECTIVE DATE: | 04-01-2018      12:01 a.m. standard time at your mailing address shown in the Policy Declarations |

### FORM OF BUSINESS

FORM OF BUSINESS:     CORPORATION

BUSINESS DESCRIPTION: AUTOMOTIVE ALUMINUM WHEEL MANUFACTURER

**In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.**

### FORMS AND ENDORSEMENTS

FORMS AND ENDORSEMENTS ATTACHED TO THIS POLICY:     See **Schedule of Forms and Endorsements**

### AUDIT PERIOD

AUDIT PERIOD (if applicable):   ANNUAL

### STAMPS (if applicable)

**THESE SUPPLEMENTARY DECLARATIONS, TOGETHER WITH THE COMMON POLICY DECLARATIONS, COMMON POLICY CONDITIONS AND COVERAGE FORMS AND ENDORSEMENTS, COMPLETE THIS POLICY.**

©Tokio Marine Management, Inc. 2014
Includes copyrighted material of Insurance Services Office, Inc., with its permission

Producer Copy

POLICY NUMBER:   CA6404514-08

**ITEM TWO — Schedule Of Coverages And Covered Autos***

This policy provides only those coverages where a charge is shown in the premium column below.  Each of these coverages will apply only to those "autos" shown as covered "autos".  **"Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos section of the Business Auto Coverage Form next to the name of the coverage. The premiums shown below are estimated. This policy may be subject to final audit.**

| Coverages | Covered Autos | Limit | Premium |
|---|---|---|---|
| Covered Autos Liability | 1 | $1,000,000 | $      17,429 |
| Personal Injury Protection (Or Equivalent No-fault Coverage) | 5 | Separately Stated In Each Personal Injury Protection Endorsement Minus                                       Deductible | INCL |
| Added Personal Injury Protection (Or Equivalent Added No-fault Coverage) | | Separately Stated In Each Added Personal Injury Protection Endorsement | |
| Property Protection Insurance (Michigan Only) | | Separately Stated In The Property Protection Insurance Endorsement Minus Deductible For Each Accident | |
| Auto Medical Payments | 2 | $         5,000      Each Insured | INCL |
| Medical Expense and Income Loss Benefits (Virginia Only) | | Separately Stated In The Medical Expense And Income Loss Benefits Endorsement | INCL |
| Uninsured Motorists | 6 | $   1,000,000 | INCL |
| Underinsured Motorists (When Not Included In Uninsured Motorists Coverage) | 6 | $   1,000,000 | INCL |
| Physical Damage Comprehensive Coverage | 2 | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus    $          500 Deductible For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning ** | $       1,656 |
| Physical Damage Specified Causes of Loss Coverage | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus Deductible For Each Covered Auto For Loss Caused By Mischief Or Vandalism** | |
| Physical Damage Collision Coverage | 2 | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus    $         500 Deductible For Each Covered Auto** | $       4,727 |
| Physical Damage Towing And Labor | 3 | SEE SCHEDULE          For Each Disablement Of A Private Passenger Auto | INCL |

|  |  | Premium for Endorsements: $         2,662 |
|---|---|---|
|  |  | Estimated Total Premium: $   26,474.00 |

\*   For NY, See Form CA9 05 003          \*\*   See Item Four for Hired or Borrowed Auto Coverage

**ITEM THREE — Schedule Of Covered Autos You Own**

| See "Schedule of Covered Autos You Own" |
|---|

©Tokio Marine Management, Inc. 2014
Includes copyrighted material of Insurance Services Office, Inc., with its permission

Producer Copy

POLICY NUMBER:   CA6404514—08

**ITEM FOUR — Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums**

**Covered Autos Liability Coverage — Cost Of Hire Rating Basis For Autos Used In Your Motor Carrier Operations (Other Than Mobile Or Farm Equipment)**

| Covered Autos Liability Coverage | Estimated Annual Cost Of Hire For All States | Premium |
|---|---|---|
| Primary Coverage | | |
| Excess Coverage | | |
| **Total Hired Auto Premium** | | |

For "autos" used in your motor carrier operations, cost of hire means:
1. The total  dollar amount of costs you incurred for the hire of automobiles (includes "trailers" and semitrailers) and, if not included therein,
2. The total remunerations of all operators and drivers' helpers, of hired automobiles whether hired with a  driver by lessor or an "employee" of the lessee, or any other third party, and
3. The total dollar amount of any other costs (*e.g.*, repair, maintenance, fuel, etc.) directly associated with operating the hired automobiles, whether such costs are absorbed by the "insured", paid to the lessor or owner, or paid to others.

**Covered Autos Liability Coverage — Cost Of Hire Rating Basis For Autos NOT Used In Your Motor Carrier Operations (Other Than Mobile Or Farm Equipment)**

| Covered Autos Liability Coverage | State | Estimated Annual Cost Of Hire For Each State | Premium |
|---|---|---|---|
| Primary Coverage | | See CA9 05 025 | |
| Excess Coverage | | See CA9 05 025 | |
| | | **Total Hired Auto Premium** | |

For "autos" **NOT** used in your motor carrier operations, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

**Physical Damage Coverages — Cost of Hire Rating Basis For All Autos (Other Than Mobile Or Farm Equipment)**

| Coverage | State | Limit Of Insurance | Estimated Annual Cost Of Hire For Each State (Excluding Autos Hired With a Driver) | Premium |
|---|---|---|---|---|
| Comprehensive | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus Deductible For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning | | |
| Specified Causes of Loss | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus Deductible For  Each Covered Auto For Loss Caused By Mischief Or Vandalism | | |
| Collision | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus Deductible For Each Covered Auto | | |
| | | | **Total Hired Auto Premium** | |

For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for any "auto" that is leased, hired, rented or borrowed with a driver.

©Tokio Marine Management, Inc. 2014
Includes copyrighted material of Insurance Services Office, Inc., with its permission

Producer Copy

POLICY NUMBER:   CA6404514-08

**ITEM FOUR — Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums (Continued)**

**Cost Of Hire Rating Basis For Mobile Or Farm Equipment — Other Than Physical Damage Coverages**

| Coverage | State | Estimated Annual Cost Of Hire For Each State | | Premium | |
|---|---|---|---|---|---|
| | | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Covered Autos Liability — Primary Coverage | | | | | |
| Covered Autos Liability — Excess Coverage | | | | | |
| Personal Injury Protection | | | | | |
| Medical Expense Benefits (Virginia Only) | | | | | |
| Income Loss Benefits (Virginia Only) | | | | | |
| Auto Medical Payments | | | | | |
| | | | | **Total Hired Auto Premium** | |

Cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

**Cost Of Hire Rating Basis For Mobile Or Farm Equipment — Physical Damage Coverages**

| Coverage | State | Limit Of Insurance | Estimated Annual Cost Of Hire For Each State (Excluding Autos Hired With A Driver) | | Premium | |
|---|---|---|---|---|---|---|
| | | | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Comprehensive | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus Deductible For Each Covered Auto, But No Deductible Applies to Loss Caused By Fire Or Lightning | | | | |
| Specified Causes of Loss | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus Deductible For Each Covered Auto For Loss Caused By Mischief Of Vandalism | | | | |
| Collision | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus Deductible For Each Covered Auto | | | | |
| | | | | | **Total Hired Auto Premiums** | |

For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for any auto that is leased, hired, rented or borrowed with a driver.

©Tokio Marine Management, Inc. 2014
Includes copyrighted material of Insurance Services Office, Inc., with its permission

CA9 05 001 11 14                                                                                   Page **4**

POLICY NUMBER:   CA6404514-08

**ITEM FOUR — Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums (Continued)**

| Rental Period Rating Basis For Mobile Or Farm Equipment | | | | | |
|---|---|---|---|---|---|
| Coverage | Town And State Where The Job Site Is Located | Estimated Number Of Days Equipment Will Be Rented | | Premium | |
| | | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Covered Autos Liability — Primary Coverage | | | | | |
| Covered Autos Liability — Excess Coverage | | | | | |
| Personal Injury Protection | | | | | |
| Medical Expense Benefits (Virginia Only) | | | | | |
| Income Loss Benefits (Virginia Only) | | | | | |
| Auto Medical Payments | | | | | |
| | | | **Total Hired Auto Premiums** | | |

**ITEM FIVE — Schedule For Non-ownership Covered Autos Liability**

| Named Insured's Business | Rating Basis | Number | Premium |
|---|---|---|---|
| Other Than Garage Service Operations And Other Than Social Service Agencies | Number Of Employees | IF ANY | $              85 |
| | Number Of Partners (Active and Inactive) | | |
| Garage Service Operations | Number Of Employees Whose Principal Duty Involves The Operation Of Autos | | |
| | Number Of Partners (Active and Inactive) | | |
| Social Service Agencies | Number of Employees | | |
| | Number of Volunteers Who Regularly Use Autos To Transport Clients | | |
| | Number Of Partners (Active and Inactive) | | |
| **Total Non-ownership Covered Autos Liability Premium** | | $ | 85 |

©Tokio Marine Management, Inc. 2014
Includes copyrighted material of Insurance Services Office, Inc., with its permission

Producer Copy

POLICY NUMBER:    CA6404514-08

**ITEM SIX — Schedule For Gross Receipts Or Mileage Basis**

| Address Of Business Headquarters Location: | | |
|---|---|---|
| | | |
| **Type of Risk** (Check one): | ☐ **Public Autos** | ☐ **Leasing Or Rental Concerns** |
| **Rating Basis** (Check one): | ☐ **Gross Receipts** (Per $100) | ☐ **Mileage (Per Mile)** |
| **Estimated Yearly** (Check one): | **Gross Receipts** (Per $100) | **Mileage** |

| Premiums | |
|---|---|
| **Covered Autos Liability** | |
| **Personal Injury Protection** | |
| **Added Personal Injury Protection** | |
| **Property Protection Insurance (Michigan Only)** | |
| **Auto Medical Payments** | |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | |
| **Comprehensive** | |
| **Specified Causes of Loss** | |
| **Collision** | |
| **Towing and Labor** | |

When used as a premium basis:

**FOR PUBLIC AUTOS**

Gross receipts means the total amount earned by the named insured for transporting passengers, mail and merchandise.

Gross receipts does not include:

1.  Amounts paid to air, sea or land carriers operating under their own permits.
2.  Advertising revenue.
3.  Taxes collected as a separate item and paid directly to the government.
4.  C.O.D. collections for cost of mail or merchandise including collection fees.

Mileage means the total live and dead mileage of all revenue producing "autos" during the policy period.

**FOR RENTAL OR LEASING CONCERNS**

Gross receipts means the total amount earned by the named insured for the leasing or renting of "autos" to others without drivers.

Mileage means the total live and dead mileage of all "autos" you leased or rented to others without drivers.

©Tokio Marine Management, Inc. 2014
Includes copyrighted material of Insurance Services Office, Inc., with its permission

Producer Copy

POLICY NUMBER:   CA6404514-08

**ITEM SIX — Schedule For Gross Receipts Or Mileage Basis**

| **Address Of Business Headquarters Location:** | | |
|---|---|---|
| | | |

| **Type of Risk** (Check one): | ☐ **Public Autos** | ☐ **Leasing Or Rental Concerns** |
|---|---|---|
| **Rating Basis** (Check one): | ☐ **Gross Receipts** (Per $100) | ☐ **Mileage** (Per Mile) |

| **Estimated Yearly** (Gross Receipts Or Mileage): | |
|---|---|

| Premiums | |
|---|---|
| **Covered Autos Liability** | |
| **Personal Injury Protection** | |
| **Added Personal Injury Protection** | |
| **Property Protection Insurance (Michigan Only)** | |
| **Auto Medical Payments** | |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | |
| **Comprehensive** | |
| **Specified Causes of Loss** | |
| **Collision** | |
| **Towing and Labor** | |

When used as a premium basis:

**FOR PUBLIC AUTOS**

Gross receipts means the total amount earned by the named insured for transporting passengers, mail and merchandise.

Gross receipts does not include:

1.  Amounts paid to air, sea or land carriers operating under their own permits.
2.  Advertising revenue.
3.  Taxes collected as a separate item and paid directly to the government.
4.  C.O.D. collections for cost of mail or merchandise including collection fees.

Mileage means the total live and dead mileage of all revenue producing "autos" during the policy period.

**FOR RENTAL OR LEASING CONCERNS**

Gross receipts means the total amount earned by the named insured for the leasing or renting of "autos" to others without drivers.

Mileage means the total live and dead mileage of all "autos" you leased or rented to others without drivers.

©Tokio Marine Management, Inc. 2014
Includes copyrighted material of Insurance Services Office, Inc., with its permission

Producer Copy

**Tokio Marine America Insurance Company**

| | |
|---|---|
| **POLICY NUMBER:** CA6404514-08 | |
| **ENDORSEMENT NUMBER:** | |

NAMED INSURED:  ENKEI AMERICA, INC.
               (SEE NAMED INSURED ENDORSEMENT)
PRODUCER NAME:  AON RISK SERVICES CENTRAL, INC.

PRODUCER CODE:  0130021

EFFECTIVE DATE:  04-01-2018     12:01 a.m. standard time at your mailing address shown in the Policy Declarations

## SCHEDULE OF HIRED OR BORROWED COVERED AUTO -
## COVERED AUTOS LIABILITY COVERAGE

**ITEM FOUR**

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums - Covered Autos Liability Coverage — Cost Of Hire Rating Basis For Autos NOT Used In Your Motor Carrier Operations (Other Than Mobile Or Farm Equipment).**

For "autos" **NOT** used in your motor carrier operations, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

| Coverage | State | Estimated Annual Cost of Hire | Premium |
|---|---|---|---|
| Excess Coverage | FL | IF ANY | INCL |
| Excess Coverage | IN | IF ANY | $          78 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **Total Hired Auto Premium** | $          78 |

©Tokio Marine Management, Inc. 2014
Includes copyrighted material of Insurance Services Office, Inc., with its permission

CA9 05 025 11 14                                                    Page 1 of 1

**Tokio Marine America Insurance Company**

| | |
|---|---|
| | **POLICY NUMBER:** CA6404514-08 |
| NAMED INSURED: | ENKEI AMERICA, INC. (SEE NAMED INSURED ENDORSEMENT) |
| PRODUCER NAME: | AON RISK SERVICES CENTRAL, INC. |
| PRODUCER CODE: | 0130021 |
| EFFECTIVE DATE: | 04-01-2018     12:01 a.m. standard time at your mailing address shown in the Policy Declarations |

## SCHEDULE OF COVERED AUTOS YOU OWN

**ITEM THREE — Schedule Of Covered Autos You Own**

| | Description | Territory |
|---|---|---|
| **Covered Auto No.** | **Year, Model, Trade Name, Vehicle Identification Number (VIN)** | **Town & State Where The Covered Auto Will Be Principally Garaged** |
| A/O | | PER SCHEDULE ON FILE WITH THE COMPANY |

| Classification | | | | | | |
|---|---|---|---|---|---|---|
| **Covered Auto No.** | **Original Cost New** | **Radius of Operation** | **Business Use** S=service R=retail C=commercial | **Size GWW, GCW Or Vehicle Seating Capacity** | **Age Group** | **Secondary Rating Classification** | **Code** |
| A/O | | | | | | | |

**Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named In The "Schedule Of Loss Payee(s)" According To Their Interests In the Auto At The Time Of The Loss.**

©Tokio Marine Management, Inc. 2014
Includes copyrighted material of Insurance Services Office, Inc., with its permission

Producer Copy

POLICY NUMBER:  CA6404514-08

**ITEM THREE — Schedule Of Covered Autos You Own (Continued)**

| Coverages — Premiums, Limit and Deductibles | | | | | |
|---|---|---|---|---|---|
| (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.) | | | | | |

| Covered Auto No. | Covered Autos Liability | | Personal Injury Protection | | Added Personal Injury Protection |
|---|---|---|---|---|---|
| | Limit (In Thousands) | Premium | Limit Stated In Each P.I.P. Endt. Minus Deductible Shown Below | Premium | Premium For Limit Stated In Each Added P.I.P. Endt. |
| | | | | | |
| Total Premium | | | | | |

| Covered Auto No. | Property Protection Insurance (Michigan Only) | | Auto Medical Payments | | Medical Expenses And Income Loss Benefits (Virginia Only) | |
|---|---|---|---|---|---|---|
| | Limit Stated In The Property Protection Insurance Endorsement Minus Deductible Shown Below | Premium | Limit Each Insured | Premium | Limit Stated In The Medical Expense and Income Loss Benefits Endorsement For Each Person | Premium |
| | | | | | | |
| Total Premium | | | | | | |

| Covered Auto No. | Uninsured Motorists | | Premium For Underinsured Motorists (When Not Included In Uninsured Motorists Coverage) |
|---|---|---|---|
| | Limit (In Thousands) | Premium | Premium |
| | | | |
| Total Premium | | | |

©Tokio Marine Management, Inc. 2014
Includes copyrighted material of Insurance Services Office, Inc., with its permission

CA9 05 022 11 14                                                                          **Page 2 of 3**

Producer Copy

POLICY NUMBER:   CA6404514-08

**ITEM THREE — Schedule Of Covered Autos You Own (Continued)**

| | Coverages — Premiums, Limit and Deductibles | | | | |
|---|---|---|---|---|---|
| | (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.) | | | | |
| | Comprehensive | | Specified Causes Of Loss | | |
| Covered Auto No. | Limit Stated In ITEM TWO Minus Deductible Shown Below | Premium | Limit Stated In ITEM TWO Minus Deductible Shown Below | Premium | |
| | | | | | |
| Total Premium | | | | | |
| | Collision | | Towing And Labor | | |
| Covered Auto No. | Limit Stated In ITEM TWO Minus Deductible Shown Below | Premium | Limit For Each Disablement Of A Private Passenger Auto | Premium | |
| | | | | | |
| Total Premium | | | | | |

©Tokio Marine Management, Inc. 2014
Includes copyrighted material of Insurance Services Office, Inc., with its permission

Producer Copy

COMMERCIAL AUTO
CA 00 01 10 13

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| **1** | Any "Auto" | |
| **2** | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| **3** | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| **4** | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| **5** | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| **6** | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| **7** | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| **8** | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| **9** | Non-owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs. |

Producer Copy

| 19 | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |
|----|----|----|

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **1**, **2**, **3**, **4**, **5**, **6** or **19** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   **a.** We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   **b.** You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto".

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   **a.** Breakdown;

   **b.** Repair;

   **c.** Servicing;

   **d.** "Loss"; or

   **e.** Destruction.

**SECTION II – COVERED AUTOS LIABILITY COVERAGE**

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered Autos Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

**1. Who Is An Insured**

The following are "insureds":

   **a.** You for any covered "auto".

   **b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

      **(1)** The owner or anyone else from whom you hire or borrow a covered "auto".

      This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

Producer Copy

(2) Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

(3) Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

(4) Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

(5) A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

c. Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**2. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

(1) All expenses we incur.

(2) Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

(3) The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

(4) All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

(5) All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

(6) All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed, we will:

(1) Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

(2) Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**2. Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

     © Insurance Services Office, Inc., 2011

Producer Copy

4. **Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**a.** An "employee" of the "insured" arising out of and in the course of:

**(1)** Employment by the "insured"; or

**(2)** Performing the duties related to the conduct of the "insured's" business; or

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

**(1)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. **Fellow Employee**

"Bodily injury" to:

**a.** Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

**b.** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a.** above.

6. **Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

7. **Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**a.** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

8. **Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

9. **Operations**

"Bodily injury" or "property damage" arising out of the operation of:

**a.** Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

**b.** Machinery or equipment that is on, attached to or part of a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

10. **Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

**(1)** When all of the work called for in your contract has been completed;

**(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site; or

**(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

 © Insurance Services Office, Inc., 2011 CA 00 01 10 13

Producer Copy

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" is the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations.

© Insurance Services Office, Inc., 2011

Producer Copy

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

## SECTION III – PHYSICAL DAMAGE COVERAGE

### A. Coverage

1. We will pay for "loss" to a covered "auto" or its equipment under:

   **a. Comprehensive Coverage**

   From any cause except:

   (1) The covered "auto's" collision with another object; or

   (2) The covered "auto's" overturn.

   **b. Specified Causes Of Loss Coverage**

   Caused by:

   (1) Fire, lightning or explosion;

   (2) Theft;

   (3) Windstorm, hail or earthquake;

   (4) Flood;

   (5) Mischief or vandalism; or

   (6) The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

   **c. Collision Coverage**

   Caused by:

   (1) The covered "auto's" collision with another object; or

   (2) The covered "auto's" overturn.

2. **Towing**

   We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

3. **Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles**

   If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

   **a.** Glass breakage;

   **b.** "Loss" caused by hitting a bird or animal; and

   **c.** "Loss" caused by falling objects or missiles.

   However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

4. **Coverage Extensions**

   **a. Transportation Expenses**

   We will pay up to $20 per day, to a maximum of $600, for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

   **b. Loss Of Use Expenses**

   For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

   (1) Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

   (2) Specified Causes Of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

© Insurance Services Office, Inc., 2011

Producer Copy

(3) Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

## B. Exclusions

1. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

   **a. Nuclear Hazard**

   (1) The explosion of any weapon employing atomic fission or fusion; or

   (2) Nuclear reaction or radiation, or radioactive contamination, however caused.

   **b. War Or Military Action**

   (1) War, including undeclared or civil war;

   (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

3. We will not pay for "loss" due and confined to:

   a. Wear and tear, freezing, mechanical or electrical breakdown.

   b. Blowouts, punctures or other road damage to tires.

   This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

4. We will not pay for "loss" to any of the following:

   a. Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

   b. Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

   c. Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

   d. Any accessories used with the electronic equipment described in Paragraph **c.** above.

5. Exclusions **4.c.** and **4.d.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

   a. Permanently installed in or upon the covered "auto";

   b. Removable from a housing unit which is permanently installed in or upon the covered "auto";

   c. An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above; or

   d. Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

6. We will not pay for "loss" to a covered "auto" due to "diminution in value".

## C. Limits Of Insurance

1. The most we will pay for:

   a. "Loss" to any one covered "auto" is the lesser of:

   (1) The actual cash value of the damaged or stolen property as of the time of the "loss"; or

   (2) The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

   b. All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

   (1) Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

Producer Copy

**(2)** Removable from a permanently installed housing unit as described in Paragraph **b.(1)** above; or

**(3)** An integral part of such equipment as described in Paragraphs **b.(1)** and **b.(2)** above.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

**SECTION IV – BUSINESS AUTO CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is "loss" to a covered "auto" or its equipment, you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Covered Autos Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

© Insurance Services Office, Inc., 2011

CA 00 01 10 13

Producer Copy

**4. Loss Payment – Physical Damage Coverages**

At our option, we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee – Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

**a.** For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

**(1)** Excess while it is connected to a motor vehicle you do not own; or

**(2)** Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**c.** Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

**d.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

© Insurance Services Office, Inc., 2011

Producer Copy

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

**(1)** The United States of America;

**(2)** The territories and possessions of the United States of America;

**(3)** Puerto Rico;

**(4)** Canada; and

**(5)** Anywhere in the world if a covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less,

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

## SECTION V – DEFINITIONS

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means:

**1.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

© Insurance Services Office, Inc., 2011

CA 00 01 10 13

Producer Copy

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

(1) The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

(2) The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

(a) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

(b) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

1. A lease of premises;

2. A sidetrack agreement;

3. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

4. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

5. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement; or

6. That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

a. That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

b. That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

c. That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

1. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

2. Vehicles maintained for use solely on or next to premises you own or rent;

3. Vehicles that travel on crawler treads;

Producer Copy

**4.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    **a.** Power cranes, shovels, loaders, diggers or drills; or

    **b.** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**5.** Vehicles not described in Paragraph **1.**, **2.**, **3.** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    **a.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

    **b.** Cherry pickers and similar devices used to raise or lower workers; or

**6.** Vehicles not described in Paragraph **1.**, **2.**, **3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

    **a.** Equipment designed primarily for:

        **(1)** Snow removal;

        **(2)** Road maintenance, but not construction or resurfacing; or

        **(3)** Street cleaning;

    **b.** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    **c.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**L.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**M.** "Property damage" means damage to or loss of use of tangible property.

**N.** "Suit" means a civil proceeding in which:

    **1.** Damages because of "bodily injury" or "property damage"; or

    **2.** A "covered pollution cost or expense";

to which this insurance applies, are alleged.

"Suit" includes:

    **a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

    **b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**O.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**P.** "Trailer" includes semitrailer.

© Insurance Services Office, Inc., 2011

Producer Copy

COMMERCIAL AUTO<br>CA 01 19 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# INDIANA CHANGES

For a covered "auto" licensed in, or "auto dealer operations" conducted in, Indiana, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement or to any amendment to or replacement thereof, the provisions of the Coverage Form apply unless modified by the endorsement.

**Changes In Conditions**

**A.** Except as provided in Paragraph **B.** of this endorsement, **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are changed by adding the following and supersedes any provision to the contrary:

If there is other applicable insurance available under one or more policies or provisions of coverage, any insurance we provide for any covered "auto" owned by an "insured" is primary and shall first be exhausted.

**B.** **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are changed by adding the following:

**1.** When two Coverage Forms providing liability coverage apply to an "auto" and:

**a.** One provides coverage to a named insured engaged in the business of selling, repairing, servicing, delivering, testing, road testing, parking or storing "autos"; and

**b.** The other provides coverage to a person not engaged in that business; and

**c.** At the time of an "accident" a person described in **1.b.** is operating an "auto" owned by the business described in **1.a.**, then that person's liability coverage is primary and the Coverage Form issued to a business described in **1.a.** is excess over any coverage available to that person.

**2.** When two Coverage Forms providing liability coverage apply to an "auto" and:

**a.** One provides coverage to a named insured engaged in the business of repairing, servicing, parking or storing "autos"; and

**b.** The other provides coverage to a person not engaged in that business; and

**c.** At the time of an "accident" an "insured" under the Coverage Form described in **2.a.** is operating an "auto" owned by a person described in **2.b.**, then the liability Coverage Form issued to the business described in **2.a.** is primary and the Coverage Form issued to a person described in **2.b.** is excess over any coverage available to the business.

 © Insurance Services Office, Inc., 2012

Producer Copy

COMMERCIAL AUTO
CA 01 28 06 17

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Florida, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Covered Autos Liability Coverage** is changed as follows:

Paragraph **(5)** of **a. Supplementary Payments** under **Coverage Extensions** in the Auto Dealers, Business Auto and Motor Carrier Coverage Forms is replaced by the following:

We will pay for the "insured":

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**B. Physical Damage Coverage** is changed as follows:

**1.** No deductible applies under Specified Causes Of Loss or Comprehensive Coverage for "loss" to glass used in the windshield.

**2.** All other **Physical Damage Coverage** provisions will apply.

**C.** Paragraph **1.** of **Loss Conditions, Appraisal For Physical Damage Loss,** is replaced by the following:

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". Upon notice of a demand for appraisal, the opposing party may, prior to appraisal, demand mediation of the dispute in accordance with the Mediation provision contained in this endorsement. The mediation must be completed before a demand for appraisal can be made. In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

© Insurance Services Office, Inc., 2016

Producer Copy

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**D.** The **General Conditions** are amended as follows:

**1.** The following is added to the **Other Insurance** Condition in the Auto Dealers and Business Auto Coverage Forms, and **Other Insurance – Primary And Excess Provisions** Condition in the Motor Carrier Coverage Form:

**a.** When this Coverage Form and any other Coverage Form or policy providing liability coverage applies to an "auto" and:

**(1)** One provides coverage to a lessor of "autos" for rent or lease; and

**(2)** The other provides coverage to a person not described in Paragraph **D.1.a.(1);**

then the Coverage Form or policy issued to the lessor described in Paragraph **D.1.a.(1)** is excess over any insurance available to a person described in **D.1.a.(2)** if the face of the lease or rental agreement contains, in at least 10 point type, the following language:

The valid and collectible liability insurance and personal injury protection insurance of any authorized rental or leasing driver is primary for the limits of liability and personal injury protection coverage required by FLA. STAT. SECTION 324.021(7) and FLA. STAT. SECTION 627.736.

**2.** The following condition is added to the Auto Dealers, Business Auto and Motor Carrier Coverage Forms:

**Mediation**

**1.** In any claim filed by an "insured" with us for:

**a.** "Bodily injury" in an amount of $10,000 or less, arising out of the ownership, operation, use or maintenance of a covered "auto";

**b.** "Property damage" in any amount, arising out of the ownership, operation, maintenance or use of a covered "auto"; or

**c.** "Loss" to a covered "auto" or its equipment, in any amount;

either party may make a written demand for mediation of the claim prior to the institution of litigation.

**2.** A written request for mediation must be filed with the Florida Department of Financial Services on an approved form, which may be obtained from the Florida Department of Financial Services.

**3.** The request must state:

**a.** Why mediation is being requested.

**b.** The issues in dispute, which are to be mediated.

**4.** The Florida Department of Financial Services will randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference. The mediation conference will be held within 45 days of the request for mediation. The conference will be held by telephone if feasible. Participants in the mediation conference must have the authority to make a binding decision, and must mediate in good faith. Each party will bear the expenses of the mediation equally, unless the mediator determines that one party has not mediated in good faith.

**5.** Only one mediation may be requested for each claim unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

**6.** The mediation shall be conducted as an informal process and formal rules of evidence and procedures need not be observed.

© Insurance Services Office, Inc., 2016     CA 01 28 06 17

Producer Copy

COMMERCIAL AUTO
CA 02 67 06 17

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES –
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to the coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** Paragraph **A.2.b.** of the Common Policy Conditions, **Cancellation,** is replaced by the following:

**b.** 45 days before the effective date of cancellation if we cancel for any other reason.

**B.** Paragraphs **A.4.** and **A.5.** of the Common Policy Conditions, **Cancellation,** are replaced by the following:

**4.** Notice of cancellation will state the effective date of, and reason(s) for, the cancellation. The policy period will end on that date.

**5.** If this Policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this Policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

The cancellation will be effective even if we have not made or offered a refund.

**C.** The following is added to Paragraph **A.** of the Common Policy Conditions, **Cancellation:**

**7.** If this Policy provides Personal Injury Protection, Property Damage Liability Coverage or both and:

**a.** It is a new or renewal policy, it may not be cancelled by the first Named Insured during the first 60 days immediately following the effective date of the Policy or renewal, except for one of the following reasons:

**(1)** The covered "auto" is completely destroyed such that it is no longer operable;

CA 02 67 06 17 © Insurance Services Office, Inc., 2016 Page 1 of 2

**(2)** Ownership of the covered "auto" is transferred; or

**(3)** The Named Insured has purchased another policy covering the motor vehicle insured under this Policy.

**b.** It is a new policy, we may not cancel it during the first 60 days immediately following the effective date of the Policy for nonpayment of premium unless a check used to pay us is dishonored for any reason or any other type of premium payment is subsequently determined to be rejected or invalid.

**D.** The following condition is added:

**Nonrenewal**

**1.** If we decide not to renew or continue this Policy, we will mail you notice at least 45 days before the end of the policy period. If we offer to renew or continue and you do not accept, this Policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

**2.** If we fail to mail proper notice of nonrenewal and you obtain other insurance, this Policy will end on the effective date of that insurance.

**3.** Notice of nonrenewal will state the reason(s) for the nonrenewal and the effective date of nonrenewal. The policy period will end on that date.

COMMERCIAL AUTO
CA 04 33 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# INDIANA CHANGES – POLLUTION EXCLUSION

For a covered "auto" licensed in, or "garage operations" conducted in, Indiana, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement or to any amendment to or replacement thereof, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

The following is added to the **Pollution** Exclusion:

This Pollution Exclusion applies whether or not such irritant or contaminant has any function in your business, operations, premises, site or location.

**B. Changes In General Liability Coverages**

With respect to the Auto Dealers Coverage Form:

**1.** The following is added to Exclusion **2.f. Pollution** of Paragraph **A. Bodily Injury And Property Damage Liability:**

This Pollution Exclusion applies whether or not such irritant or contaminant has any function in your business, operations, premises, site or location.

**2.** The following is added to Exclusion **2.l. Pollution** of Paragraph **B. Personal And Advertising Injury Liability:**

This Pollution Exclusion applies whether or not such irritant or contaminant has any function in your business, operations, premises, site or location.

CA 04 33 10 13 © Insurance Services Office, Inc., 2012 Page 1 of 1

Producer Copy

COMMERCIAL AUTO
CA 20 55 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FELLOW EMPLOYEE COVERAGE

This endorsement modifies insurance provided under the following:

      AUTO DEALERS COVERAGE FORM
      BUSINESS AUTO COVERAGE FORM
      MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

The **Fellow Employee** Exclusion contained under the **Covered Autos Liability Coverage** does not apply.

Producer Copy

POLICY NUMBER: CA6404514-08

**COMMERCIAL AUTO**
**CA 21 44 12 15**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# INDIANA UNINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Indiana, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the Policy effective on the inception date of the Policy unless another date is indicated below.

| |
|---|
| **Named Insured:**  ENKEI AMERICA, INC. |
| **Endorsement Effective Date:**  04/01/18 |

## SCHEDULE

| | |
|---|---|
| **"Bodily Injury":** | Each "Accident" |
| **"Bodily Injury" And "Property Damage":**  $1,000,000 | Each "Accident" |
| **Section C – Exclusions** applies in its entirety unless an "X" is entered below: | |
| ☐ If an "X" is entered in this box, Exclusion **8.** does not apply. | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damage must result from:

   a. "Bodily injury" sustained by the "insured" and caused by an "accident" with an "uninsured motor vehicle"; or

   b. "Property damage" caused by an "accident" with an "uninsured motor vehicle" if the Schedule or Declarations indicates that both "bodily injury" and "property damage" Uninsured Motorists Insurance apply.

   The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

CA 21 44 12 15

© Insurance Services Office, Inc., 2015

Page 1 of 4

**2.** A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   **a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   **b.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

   **c.** The Named Insured for "property damage" only.

## C. Exclusions

This insurance does not apply to:

**1.** Any claim settled without our consent.

**2.** The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

**3.** The direct or indirect benefit of any insurer of property.

**4.** "Bodily injury" if sustained by:

   **a.** An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" under this Coverage Form; or

   **b.** Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured on a primary basis under any other Coverage Form or policy.

**5.** "Property damage" to an "auto" or to property contained in an "auto" owned by the Named Insured which is not a covered "auto".

**6.** Any "insured" using a vehicle without a reasonable belief that the "insured" is entitled to do so.

**7.** "Property damage" for which the "insured" has been or is entitled to be compensated by other property or physical damage insurance.

**8.** The first $300 of the amount of "property damage" to the property of each "insured" as the result of any one "accident". This exclusion does not apply if the Named Insured's covered "auto" is legally parked and unoccupied when involved in an "accident" with an "uninsured motor vehicle".

**9.** "Property damage" caused by a hit-and-run vehicle.

**10.** Punitive or exemplary damages.

**11.** "Bodily injury" or "property damage" arising directly or indirectly out of:

   **a.** War, including undeclared or civil war;

   **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**12.** "Noneconomic loss" sustained by any "insured" if such "insured" is an uninsured motorist with a previous violation as defined in Indiana Code Section 27-7-5.1.

However, Exclusion **C.12.** does not apply to an "insured" under 18 years of age.

## D. Limit Of Insurance

**1.** Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the limit shown in this endorsement.

**2.** The Limit of Insurance under this coverage shall be reduced by all sums paid or payable by or for anyone who is legally responsible, including all sums paid under this Coverage Form's Covered Autos Liability Coverage.

**3.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage form or Medical Payments Coverage endorsement attached to this Coverage Part.

We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

**4.** We will not pay for a loss which is paid or payable under Physical Damage Coverage.

© Insurance Services Office, Inc., 2015

CA 21 44 12 15

Producer Copy

5. No "insured" shall recover duplicate payments for the same elements of loss or payments in excess of damages sustained.

**E. Changes In Conditions**

The **Conditions** are changed for Uninsured Motorists Coverage as follows:

1. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

   If there is other applicable insurance available under one or more policies or provisions of coverage, the following priorities of coverage apply:

   | First Priority | The Uninsured Motorists Coverage applicable to the vehicle the "insured" was "occupying" at the time of the "accident". |
   |---|---|
   | Second Priority | Any other Coverage Form or policy affording Uninsured Motorists Coverage to the "insured". |

   a. The Limit of Insurance under the vehicle the "insured" was "occupying" under the Coverage Form or policy in the first priority shall first be exhausted.

   b. The maximum recovery for damages under all Coverage Forms or policies may equal but shall not exceed the highest applicable limit of any one vehicle under any insurance providing coverage on either a first or second priority basis.

   c. We will pay only our share of the "loss". Our share is the proportion that our limit of liability bears to the total of all limits applicable to the same level of priority.

2. The **Legal Action Against Us** provision is replaced by the following:

   **Legal Action Against Us**

   a. No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

   b. Any legal action against us under this Coverage Form must be brought within two years after the date of the "accident". However, this Paragraph **2.b.** does not apply to an "insured" if, within two years after the date of the "accident", we and the "insured" agree to arbitration in accordance with this endorsement.

3. **Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

   a. If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

   b. If we make a payment because the insurer of the "uninsured motor vehicle" is or becomes insolvent, the **Transfer Of Rights Of Recovery Against Others To Us** Condition does not apply to any rights of recovery against:

      (1) The Indiana Guaranty Fund; or

      (2) The "insured" of the insolvent insurer, except in amounts that exceed the limit of liability of the Coverage Form or policy that was issued by that insolvent insurer.

4. The following condition is added:

   **Arbitration**

   a. If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages that is recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

   b. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding as to:

      (1) Whether the "insured" is legally entitled to recover damages; and

**(2)** The amount of damages. This applies only if the amount does not exceed the minimum limit for liability specified by the financial responsibility law of Indiana. If the amount exceeds that limit, either party may demand the right to a trial. This demand must be made within 60 days of the arbitrators' decision. If this demand is not made, the amount of damages agreed to by the arbitrators will be binding.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Noneconomic loss" means costs for physical and emotional pain and suffering, physical impairment, emotional distress, mental anguish, loss of enjoyment, loss of companionship, services and consortium, and any other noneconomic damages.

**3.** "Occupying" means in, upon, getting in, on, out or off.

**4.** "Property damage" means damage to a covered "auto" or to property owned by the Named Insured or, if the Named Insured is an individual, a "family member" while contained in a covered "auto". However, "property damage" does not include loss of use of damaged or destroyed property. This definition replaces the definition in the Policy.

**5.** "Uninsured motor vehicle" means a land motor vehicle or "trailer":

**a.** For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the financial responsibility law of Indiana; or

**b.** For which an insuring or bonding company denies coverage or is or becomes insolvent; or

**c.** Which is a hit-and-run vehicle and neither the driver nor owner can be identified. A hit-and-run vehicle is one that causes "bodily injury" to an "insured" by hitting the "insured", a covered "auto" or a vehicle an "insured" is "occupying".

However, "uninsured motor vehicle" does not include any vehicle:

**a.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

**b.** Owned by a governmental unit or agency; or

**c.** Designed for use mainly off public roads while not on public roads.

---

**Page 4 of 4**                © Insurance Services Office, Inc., 2015                **CA 21 44 12 15**

POLICY NUMBER: CA6404514-08

**COMMERCIAL AUTO**
**CA 21 72 06 17**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA UNINSURED MOTORISTS COVERAGE – NONSTACKED

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Florida, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the Policy effective on the inception date of the Policy unless another date is indicated below.

| | |
|---|---|
| **Named Insured:**   ENKEI AMERICA, INC.  ENKEI AMERICA MOLDINGS, INC | |
| **Endorsement Effective Date:**   04/01/2018 | |

### SCHEDULE

| | |
|---|---|
| **Limit Of Insurance:**   $1,000,000 | **Each "Accident"** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

## A. Coverage

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. With respect to damages resulting from an "accident" with a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle", we will pay under this coverage only if Paragraph **a.** or **b.** below applies:

   **a.** The limit of any applicable liability bonds or policies has been exhausted by payment of judgments or settlements; or

   **b.** A tentative settlement has been made between an "insured" and the insurer of the "underinsured motor vehicle" and we:

      **(1)** Have been given prompt written notice of such tentative settlement; and

      **(2)** Advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

3. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

## B. Who Is An Insured

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   **a.** The Named Insured and any "family members".

Producer Copy

**b.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

**c.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**2.** A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

**a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

**b.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

## C. Exclusions

This insurance does not apply to:

**1.** Any claim settled or judgment reached without our consent, unless our right to recover payment has not been prejudiced by such settlement or judgment. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in Paragraph **b.** of the definition of an "uninsured motor vehicle".

**2.** The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

**3.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**4.** "Bodily injury" sustained by:

**a.** An individual Named Insured while "occupying" or when struck by a vehicle owned by that individual Named Insured that is not a covered "auto" for Uninsured Motorists Coverage under this coverage form;

**b.** Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage under this coverage form;

**c.** Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other coverage form or policy; or

**d.** Any "insured" with respect to damages for pain, suffering, mental anguish or inconvenience unless the "bodily injury" consists in whole or in part of:

**(1)** Significant and permanent loss of an important bodily function;

**(2)** Permanent injury within a reasonable degree of medical probability, other than scarring or disfigurement;

**(3)** Significant and permanent scarring or disfigurement; or

**(4)** Death.

**5.** Punitive or exemplary damages.

**6.** "Bodily injury" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## D. Limit Of Insurance

**1.** Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the limit of Uninsured Motorists Coverage shown in the Schedule or Declarations.

**2.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage form and any Liability Coverage form, No-fault Coverage endorsement, Medical Payments Coverage endorsement, or Uninsured Motorists Coverage endorsement attached to this Coverage Part.

**3.** We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

**4.** We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

© Insurance Services Office, Inc., 2016

Producer Copy

### E. Changes In Conditions

The Conditions are changed for Uninsured Motorists Coverage Nonstacked as follows:

**1. Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

**a.** If there is other applicable insurance available under one or more coverage forms, policies or provisions of coverage, any recovery for damages sustained by an individual Named Insured or any "family member":

**(1)** While "occupying" a vehicle owned by that Named Insured or any "family member" may equal, but not exceed, the limit of insurance for Uninsured Motorists Coverage applicable to that vehicle.

**(2)** While "occupying" a vehicle not owned by that Named Insured or any "family member" may equal, but not exceed, the sum of:

**(a)** The limit of insurance for Uninsured Motorists Coverage applicable to the vehicle such Named Insured or any "family member" was "occupying" at the time of the "accident"; and

**(b)** The highest limit of insurance for Uninsured Motorists Coverage applicable to any one vehicle under any one policy affording coverage to such Named Insured or any "family member".

**(3)** While not "occupying" any vehicle may equal, but not exceed, the highest limit of insurance for Uninsured Motorists Coverage applicable to any one vehicle under any one policy affording coverage to an individual Named Insured or any "family member".

**b.** Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any collectible uninsured motorists insurance providing coverage on a primary basis.

**c.** If the coverage under this coverage form is provided:

**(1)** On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

**(2)** On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

**a.** Promptly notify the police if a hit-and-run driver is involved; and

**b.** Promptly send us copies of the legal papers if a "suit" is brought.

**c.** A person seeking Uninsured Motorists Coverage must also promptly notify us in writing by certified or registered mail of a tentative settlement between the "insured" and the insurer of the vehicle described in Paragraph **b.** of the definition of an "uninsured motor vehicle" and allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such vehicle described in Paragraph **b.** of the definition of an "uninsured motor vehicle".

**3. Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

Our rights do not apply under this provision with respect to Uninsured Motorists Coverage if we:

**a.** Have been given prompt written notice of a tentative settlement between an "insured" and the insurer of a vehicle described in Paragraph **b.** of the definition of an "uninsured motor vehicle"; and

 © Insurance Services Office, Inc., 2016

Producer Copy

**b.** Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

**a.** That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Uninsured Motorists Coverage; and

**b.** We also have a right to recover the advanced payment.

**4.** The following condition is added:

**a. Arbitration**

(1) If we and an "insured" do not agree:

(a) Whether that person is legally entitled to recover damages under this endorsement; or

(b) As to the amount of damages that are recoverable by that person;

then the matter may be mediated, in accordance with the Mediation Provision contained in General Conditions, if the damages resulting from "bodily injury" are for $10,000 or less, or arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

(2) Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

(3) Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**b. Florida Arbitration Act**

If we and an "insured" agree to arbitration, the **Florida Arbitration Act** will not apply.

**c. Mediation**

(1) In any claim filed by an "insured" with us for:

(a) "Bodily injury" in an amount of $10,000 or less, arising out of the ownership, operation, use or maintenance of a covered "auto";

(b) "Property damage" in any amount, arising out of the ownership, operation, maintenance or use of a covered "auto"; or

(c) "Loss" to a covered "auto" or its equipment, in any amount;

either party may make a written demand for mediation of the claim prior to the institution of litigation.

(2) A written request for mediation must be filed with the Florida Department of Financial Services on an approved form, which may be obtained from the Florida Department of Financial Services.

(3) The request must state:

(a) Why mediation is being requested.

(b) The issues in dispute, which are to be mediated.

(4) The Florida Department of Financial Services will randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference. The mediation conference will be held within 45 days of the request for mediation. The conference will be held by telephone, if feasible. Participants in the mediation conference must have the authority to make a binding decision, and must mediate in good faith. Each party will bear the expenses of the mediation equally, unless the mediator determines that one party has not mediated in good faith.

(5) Only one mediation may be requested for each claim unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

     © Insurance Services Office, Inc., 2016     CA 21 72 06 17

Producer Copy

**(6)** The mediation shall be conducted as an informal process and formal rules of evidence and procedures need not be observed.

## F. Additional Definitions

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Uninsured motor vehicle" means a land motor vehicle or "trailer":

**a.** For which no liability bond or policy applies at the time of an "accident";

**b.** That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or "trailer" for which a "bodily injury" liability bond or policy applies at the time of an "accident" but the amount paid under that bond or policy to an "insured" is not enough to pay the full amount the "insured" is legally entitled to recover as damages caused by the "accident";

**c.** For which an insuring or bonding company denies coverage or is or becomes insolvent; or

**d.** For which neither the driver nor owner can be identified. The land motor vehicle or "trailer" must:

**(1)** Hit an individual Named Insured or any "family member", a covered "auto" or a vehicle such Named Insured or any "family member" is "occupying"; or

**(2)** Cause an "accident" resulting in "bodily injury" to an individual Named Insured or any "family member" without hitting that Named Insured, any "family member", a covered "auto" or a vehicle such Named Insured or any "family member" is "occupying".

If there is no physical contact with the land motor vehicle or "trailer", the facts of the "accident" must be proved. We will only accept competent evidence other than the testimony of a person making claims under this or any similar coverage.

However, "uninsured motor vehicle" does not include any vehicle:

**a.** Owned by a governmental unit or agency;

**b.** Designed for use mainly off public roads while not on public roads; or

**c.** Owned by or furnished or available for the regular use of the Named Insured, or if the Named Insured is an individual, any "family member" unless it is a covered "auto" to which the coverage form's Liability Coverage applies and liability coverage is excluded for any person or organization other than the Named Insured, or if the Named Insured is an individual, any "family member".

Producer Copy

POLICY NUMBER:CA6404514-08

**COMMERCIAL AUTO**
**CA 22 10 02 18**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA PERSONAL INJURY PROTECTION

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Florida, this endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the Policy effective on the inception date of the Policy unless another date is indicated below.

| | |
|---|---|
| **Named Insured:**    ENKEI AMERICA, INC.  ENKEI AMERICA MOLDINGS, INC | |
| **Endorsement Effective Date:**    04/01/2018 | |

We agree with the "named insured", subject to all the provisions of this endorsement and to all of the provisions of the Policy except as modified herein, as follows that:

## SCHEDULE

Any Personal Injury Protection deductible shown in the Declarations of

is applicable to    ☐ the following "named insured" only:


        ☐ each "named insured" and each dependent "family member".

☐ Work loss for "named insured" does not apply.

☐ Work loss for "named insured" and dependent "family member" does not apply.

| Benefits | Limit Per Person |
|---|---|
| Total Aggregate Limit for all Personal Injury Protection Benefits, except Death Benefits | $10,000 |
| Death Benefits | $5,000 |
| Medical Expenses | 80% of medical expenses subject to the total aggregate limit and the provisions of Paragraphs **D.2.a.** and **b.** under Limit Of Insurance. |
| Work Loss | 60% of work loss subject to the total aggregate limit |
| Replacement Services Expenses | subject to the total aggregate limit |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

Producer Copy

## A. Coverage

We will pay Personal Injury Protection benefits in accordance with the Florida Motor Vehicle No-fault Law to or for an "insured" who sustains "bodily injury" in an "accident" arising out of the ownership, maintenance or use of a "motor vehicle". Subject to the limits shown in the Schedule, these Personal Injury Protection benefits consist of the following:

### 1. Medical Expenses

**a.** All reasonable "medically necessary" expenses for medical, surgical, X-ray, dental, ambulance, hospital, professional nursing and rehabilitative services, including prosthetic devices. However, we will pay for these benefits only if the "insured" receives initial services and care within 14 days after the "motor vehicle" "accident" that are:

**(1)** Lawfully provided, supervised, ordered or prescribed by a licensed physician, dentist or chiropractic physician;

**(2)** Provided in a hospital or in a facility that owns, or is wholly owned by, a hospital; or

**(3)** Provided by a person or entity licensed to provide emergency transportation and treatment;

as authorized by the Florida Motor Vehicle No-fault Law.

**b.** Upon referral by a licensed health care provider described in Paragraph **A.1.a.(1), (2)** or **(3),** follow-up services and care consistent with the underlying medical diagnosis rendered pursuant to Paragraph **A.1.a.,** if provided, supervised, ordered or prescribed only by a licensed:

**(1)** Physician, osteopathic physician, chiropractic physician or dentist; or

**(2)** Physician assistant or advanced registered nurse practitioner, under the supervision of such physician, osteopathic physician chiropractic physician or dentist;

as authorized by the Florida Motor Vehicle No-fault Law.

Follow-up services and care may also be provided by:

**(3)** A licensed hospital or ambulatory surgical center;

**(4)** An entity wholly owned by one or more licensed physicians, osteopathic physicians, chiropractic physicians or dentists; or by such practitioners and the spouse, parent, child, or sibling of such practitioners;

**(5)** An entity that owns or is wholly owned, directly or indirectly, by a hospital or hospitals;

**(6)** A licensed physical therapist, based upon referral by a provider described in Paragraph **A.1.b.;** or

**(7)** A health care clinic licensed under the Florida Health Care Clinic Act:

**(a)** Which is accredited by the Joint Commission on Accreditation of Healthcare Organizations, the American Osteopathic Association, the Commission on Accreditation of Rehabilitation Facilities or the Accreditation Association for Ambulatory Health Care, Inc.; or

**(b)** Which:

**(i)** Has a licensed medical director;

**(ii)** Has been continuously licensed for more than three years or is a publicly traded corporation that issues securities traded on an exchange registered with the United States Securities and Exchange Commission as a national securities exchange; and

**(iii)** Provides at least four of the following medical specialties:

**i.** General medicine;

**ii.** Radiography;

**iii.** Orthopedic medicine;

**iv.** Physical medicine;

**v.** Physical therapy;

**vi.** Physical rehabilitation;

**vii.** Prescribing or dispensing outpatient prescription medication; or

**viii.** Laboratory services;

as authorized by the Florida Motor Vehicle No-fault Law.

However, with respect to Paragraph **A.1.,** medical expenses do not include massage or acupuncture, regardless of the person, entity or licensee providing the massage or acupuncture;

© Insurance Services Office, Inc., 2017

CA 22 10 02 18

Producer Copy

**2. Replacement Services Expenses**

With respect to the period of disability of the injured person, all expenses reasonably incurred in obtaining from others ordinary and necessary services in lieu of those that, but for such injury, the injured person would have performed without income for the benefit of his or her household;

**3. Work Loss**

With respect to the period of disability of the injured person, any loss of income and earning capacity from inability to work proximately caused by the injury sustained by the injured person; and

**4. Death Benefits**

**B. Who Is An Insured**

1. The "named insured".

2. If the "named insured" is an individual, any "family member".

3. Any other person while "occupying" a covered "motor vehicle" with the "named insured's" consent.

4. A "pedestrian" if the "accident" involves the covered "motor vehicle".

**C. Exclusions**

We will not pay Personal Injury Protection benefits for "bodily injury":

1. Sustained by the "named insured" or any "family member" while "occupying" any "motor vehicle" owned by the "named insured" that is not a covered "motor vehicle";

2. Sustained by any person while operating the covered "motor vehicle" without the "named insured's" expressed or implied consent;

3. Sustained by any person, if such person's conduct contributed to his or her "bodily injury" under any of the following circumstances:

   **a.** Causing "bodily injury" to himself or herself intentionally; or

   **b.** While committing a felony;

4. To the "named insured" or any "family member" for work loss if an entry in the Schedule or Declarations indicates that coverage for work loss does not apply;

5. To any "pedestrian", other than the "named insured" or any "family member", not a legal resident of the state of Florida;

6. To any person, other than the "named insured", if that person is the "owner" of a "motor vehicle" for which security is required under the Florida Motor Vehicle No-fault Law;

7. To any person, other than the "named insured", or any "family member", who is entitled to personal injury protection benefits from the owner of a "motor vehicle" that is not a covered "motor vehicle" under this insurance or from the "owner's" insurer; or

8. To any person who sustains "bodily injury" while "occupying" a "motor vehicle" located for use as a residence or premises.

**D. Limit Of Insurance**

1. Regardless of the number of persons insured, policies or bonds applicable, premiums paid, vehicles involved or claims made, the total aggregate limit of personal injury protection benefits, available under the Florida Motor Vehicle No-fault Law from all sources combined, including this Policy, for or on behalf of any one person who sustains "bodily injury" as the result of any one "accident", shall be:

   **a.** $10,000 for medical expenses, work loss and replacement services; and

   **b.** $5,000 for death benefits.

2. Subject to Paragraph **D.1.a.**, we will pay:

   **a.** Up to $10,000 for medical expenses, if a licensed physician, dentist, physician assistant or an advanced registered nurse practitioner authorized by the Florida Motor Vehicle No-fault Law has determined that the "insured" had an "emergency medical condition"; or

   **b.** Up to $2,500 for medical expenses, if any health care provider described in Paragraph **A.1.a.** or **A.1.b.** has determined that the "insured" did not have an "emergency medical condition".

3. Any amount paid under this coverage will be reduced by the amount of benefits an injured person has been paid or is entitled to be paid for the same elements of "loss" under any workers' compensation law.

 © Insurance Services Office, Inc., 2017

Producer Copy

4. If personal injury protection benefits, under the Florida Motor Vehicle No-fault Law, have been received from any insurer for the same elements of loss and expense benefits available under this Policy, we will not make duplicate payments to or for the benefit of the injured person. The insurer paying the benefits shall be entitled to recover from us its pro rata share of the benefits paid and expenses incurred in handling the claim.

5. The deductible amount shown in the Schedule will be deducted from the total amount of expenses and losses listed in Paragraphs **A.1.**, **A.2.** and **A.3.** of this endorsement before the application of any percentage limitation for each "insured" to whom the deductible applies. The deductible does not apply to the death benefit.

6. Any amount paid under this coverage for medical expenses shall be limited by the medical fee schedule prescribed by the Florida Motor Vehicle No-fault Law.

**E. Changes In Conditions**

The **Conditions** are changed for **Personal Injury Protection** as follows:

1. **Duties In The Event Of Accident, Claim, Suit Or Loss** is replaced by the following:

Compliance with the following duties is a condition precedent to receiving benefits:

In the event of an "accident", the "named insured" must give us or our authorized representative prompt written notice of the "accident".

If any injured person or his or her legal representative institutes a legal action to recover damages for "bodily injury" against a third party, a copy of the summons, complaint or other process served in connection with that legal action must be forwarded to us as soon as possible by the injured person or his or her legal representative.

A person seeking personal injury protection benefits must, as soon as possible, give us written proof of claim, under oath if required, containing full particulars concerning the injuries and treatment received and/or contemplated, and send us any other information that will assist us in determining the amount due and payable.

A person seeking personal injury protection benefits must submit to an examination under oath. The scope of questioning during the examination under oath is limited to relevant information or information that could reasonably be expected to lead to relevant information.

2. **Legal Action Against Us** is replaced by the following:

**Legal Action Against Us**

a. No legal action may be brought against us until there has been full compliance with all terms of this Policy. In addition, no legal action may be brought against us:

(1) Until the claim for benefits is overdue in accordance with Paragraph **F.2.** of this endorsement; and

(2) Until we are provided with a demand letter in accordance with the Florida Motor Vehicle No-fault Law sent to us via U.S. certified or registered mail; and

(3) With respect to the overdue claim specified in the demand letter, if, within 30 days of receipt of the demand letter, we:

(a) Pay the overdue claim; or

(b) Agree to pay for future treatment not yet rendered;

in accordance with the requirements of the Florida Motor Vehicle No-fault Law.

b. If legal action is brought against us, all claims related to the same health care provider or facility shall be brought in a single action, unless good cause can be shown why such claims should be brought separately.

© Insurance Services Office, Inc., 2017   CA 22 10 02 18

Producer Copy

3. **Transfer Of Rights Of Recovery Against Others To Us** is replaced by the following:

**Transfer Of Rights Of Recovery Against Others To Us**

Unless prohibited by the Florida Motor Vehicle No-fault Law, in the event of payment to or for the benefit of any injured person under this coverage:

a. We will be reimbursed for those payments, not including reasonable attorneys' fees and other reasonable expenses, from the proceeds of any settlement or judgment resulting from any right of recovery of the injured person against any person or organization legally responsible for the "bodily injury" from which the payment arises. We will also have a lien on those proceeds.

b. If any person to or for whom we pay benefits has rights to recover benefits from another, those rights are transferred to us. That person must do everything necessary to secure our rights and must do nothing after loss to impair them.

c. The insurer providing personal injury protection benefits on a private passenger "motor vehicle", as defined in the Florida Motor Vehicle No-fault Law, shall be entitled to reimbursement to the extent of the payment of personal injury protection benefits from the "owner" or the insurer of the "owner" of a commercial "motor vehicle", as defined in the Florida Motor Vehicle No-fault Law, if such injured person sustained the injury while "occupying", or while a "pedestrian" through being struck by, such commercial "motor vehicle". However, such insurer's right of reimbursement under this Paragraph **c.** does not apply to an "owner" or registrant of a "motor vehicle" used as a taxicab.

4. **Concealment, Misrepresentation Or Fraud** is replaced by the following:

**Concealment, Misrepresentation Or Fraud**

We do not provide coverage under this endorsement for an "insured" if that "insured" has committed, by a material act or omission, insurance fraud relating to personal injury protection coverage under this form, if fraud is admitted to in a sworn statement by the "insured" or if the fraud is established in a court of competent jurisdiction. Any insurance fraud voids all personal injury protection coverage arising from the claim with respect to the "insured" who committed the fraud. Any benefits paid prior to the discovery of the fraud are recoverable from that "insured".

5. **Policy Period, Coverage Territory** is replaced by the following:

**Policy Period, Coverage Territory**

The insurance under this section applies only to "accidents" which occur during the policy period:

a. In the state of Florida;

b. As respects the "named insured" or any "family member", while "occupying" the covered "motor vehicle" outside the state of Florida but within the United States of America, its territories or possessions or Canada; and

c. As respects the "named insured", while "occupying" a "motor vehicle" of which a "family member" is the "owner" and for which security is maintained under the Florida Motor Vehicle No-fault Law outside the state of Florida but within the United States of America, its territories or possessions or Canada.

 © Insurance Services Office, Inc., 2017

Producer Copy

## F. Additional Conditions

The following conditions are added:

**1. Mediation**

**a.** In any claim filed by an "insured" with us for:

**(1)** "Bodily injury" in an amount of $10,000 or less, arising out of the ownership, operation, use or maintenance of a covered "auto";

**(2)** "Property damage" in any amount, arising out of the ownership, operation, maintenance or use of a covered "auto"; or

**(3)** "Loss" to a covered "auto" or its equipment, in any amount,

either party may make a written demand for mediation of the claim prior to the institution of litigation.

**b.** A written request for mediation must be filed with the Florida Department of Financial Services on an approved form, which may be obtained from the Florida Department of Financial Services.

**c.** The request must state:

**(1)** Why mediation is being requested.

**(2)** The issues in dispute, which are to be mediated.

**d.** The Florida Department of Financial Services will randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference. The mediation conference will be held within 45 days of the request for mediation. The conference will be held by telephone, if feasible. Participants in the mediation conference must have the authority to make a binding decision, and must mediate in good faith. Each party will bear the expenses of the mediation equally, unless the mediator determines that one party has not mediated in good faith.

**e.** Only one mediation may be requested for each claim unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

**f.** The mediation shall be conducted as an informal process and formal rules of evidence and procedures need not be observed.

**2. Payment Of Benefits**

Personal injury protection benefits payable under this Coverage Form, whether the full or partial amount, may be overdue if not paid within 30 days after we are furnished with written notice of the covered loss and the amount of the covered loss in accordance with the Florida Motor Vehicle No-fault Law.

However, if we have a reasonable belief that a fraudulent insurance act has been committed relating to personal injury protection coverage under this Coverage Form, we will notify the "insured" in writing, within 30 days after the submission of the claim, that the claim is being investigated for suspected fraud. No later than 90 days after the submission of the claim, we will either deny or pay the claim, in accordance with the Florida Motor Vehicle No-fault Law.

If we pay only a portion of a claim or reject a claim due to an alleged error in the claim, we, at the time of the partial payment or rejection, will provide an itemized specification or explanation of benefits due to the specified error. Upon receiving the specification or explanation, the person making the claim, at the person's option and without waiving any other legal remedy for payment, has 15 days to submit a revised claim, which will be considered a timely submission of written notice of a claim.

**3. Modification Of Policy Coverages**

Any Automobile Medical Payments Coverage and any Uninsured Motorists Coverage afforded by the Policy shall be excess over any personal injury protection benefits paid or payable.

Regardless of whether the full amount of personal injury protection benefits has been exhausted, any Medical Payments Coverage afforded by the Policy shall pay the portion of any claim for personal injury protection medical expenses which are otherwise covered but not payable due to the limitation of 80% of medical expense benefits but shall not be payable for the amount of the deductible selected.

© Insurance Services Office, Inc., 2017

CA 22 10 02 18

Producer Copy

**4. Medical Reports And Examinations; Payment Of Claim Withheld**

As soon as practicable, the person making the claim shall submit to mental and physical examinations at our expense when and as often as we may reasonably require and a copy of the medical report shall be forwarded to such person if requested. If the person unreasonably refuses to submit to, or fails to appear at, an examination, we will not be liable for subsequent personal injury protection benefits. Such person's refusal to submit to, or failure to appear at, two examinations, raises a rebuttable presumption that such person's refusal or failure was unreasonable.

Whenever a person making a claim as a result of an injury sustained while committing a felony is charged with committing that felony, we shall withhold benefits until, at the trial level, the prosecution makes a formal entry on the record that it will not prosecute the case against the person, the charge is dismissed or the person is acquitted.

**5. Provisional Premium**

In the event of any change in the rules, rates, rating plan, premiums or minimum premiums applicable to the insurance afforded, because of an adverse judicial finding as to the constitutionality of any provisions of the Florida Motor Vehicle No-fault Law providing for the exemption of persons from tort liability, the premium stated in the Declarations for any Liability, Medical Payments and Uninsured Motorists insurance shall be deemed provisional and subject to recomputation. If this Policy is a renewal policy, such recomputation shall also include a determination of the amount of any return premium previously credited or refunded to the "named insured" pursuant to the Florida Motor Vehicle No-fault Law with respect to insurance afforded under a previous policy.

If the final premium thus recomputed exceeds the premium shown in the Declarations, the "named insured" shall pay to us the excess as well as the amount of any return premium previously credited or refunded.

**6. Special Provisions For Rented Or Leased Vehicles**

Notwithstanding any provision of this coverage to the contrary, if a person is injured while "occupying", or through being struck by, a "motor vehicle" rented or leased under a rental or lease agreement which does not specify otherwise in language required by FLA. STAT. SECTION 627.7263(2) in at least 10-point type on the face of the agreement, the personal injury protection benefits available under the Florida Motor Vehicle No-fault Law and afforded under the lessor's policy shall be primary.

**7. Insured's Right To Personal Injury Protection Information**

**a.** In a dispute between us and an "insured", or between us and an assignee of the "insured's" personal injury protection benefits, we will, upon request, notify such "insured" or assignee that the limits for Personal Injury Protection have been reached. We will provide such information within 15 days after the limits for Personal Injury Protection have been reached.

**b.** If legal action is commenced, we will, upon request, provide an "insured" with a copy of a log of personal injury protection benefits paid by us on behalf of the "insured". We will provide such information within 30 days of receipt of the request for the log from the "insured".

**G. Additional Definitions**

As used in this endorsement:

**1.** "Emergency medical condition" means a medical condition manifesting itself by acute symptoms of sufficient severity, which may include severe pain, such that the absence of immediate medical attention could reasonably be expected to result in any of the following:

**a.** Serious jeopardy to "insured's" health;

**b.** Serious impairment to bodily functions; or

**c.** Serious dysfunction of any bodily organ part.

© Insurance Services Office, Inc., 2017

Producer Copy

2. "Motor vehicle" means any self-propelled vehicle with four or more wheels which is of a type both designed and required to be licensed for use on the highways of Florida and any trailer or semitrailer designed for use with such vehicle.

However, "motor vehicle" does not include:

a. A mobile home;

b. Any "motor vehicle" which is used in mass transit, other than public school transportation, and designed to transport more than five passengers exclusive of the operator of the motor vehicle and which is owned by a municipality, a transit authority or a political subdivision of the state.

3. "Family member" means a person related to the "named insured" by blood, marriage or adoption, including a ward or foster child, who is a resident of the same household as the "named insured".

4. "Named insured" means the person or organization named in the Declarations of the Policy and, if an individual, shall include the spouse if a resident of the same household.

5. "Occupying" means in or upon or entering into or alighting from.

6. "Owner" means a person or organization who holds the legal title to a "motor vehicle" and also includes:

a. A debtor having the right to possession, in the event a "motor vehicle" is the subject of a security agreement;

b. A lessee having the right to possession, in the event a "motor vehicle" is the subject of a lease with option to purchase and such lease agreement is for a period of six months or more; and

c. A lessee having the right to possession, in the event a "motor vehicle" is the subject of a lease without option to purchase, and such lease is for a period of six months or more, and the lease agreement provides that the lessee shall be responsible for securing insurance.

7. "Pedestrian" means a person while not an occupant of any self-propelled vehicle.

8. "Medically necessary" refers to a medical service or supply that a prudent physician would provide for the purpose of preventing, diagnosing or treating an illness, injury, disease or symptom in a manner that is:

a. In accordance with generally accepted standards of medical practice;

b. Clinically appropriate in terms of type, frequency, extent, site and duration; and

c. Not primarily for the convenience of the patient, physician or other health care provider.

© Insurance Services Office, Inc., 2017    CA 22 10 02 18

Producer Copy

POLICY NUMBER: CA6404514-08

**COMMERCIAL AUTO
CA 31 16 12 15**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# INDIANA UNDERINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Indiana, this endorsement modifies insurance provided under the following:

> AUTO DEALERS COVERAGE FORM
> BUSINESS AUTO COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the Policy effective on the inception date of the Policy unless another date is indicated below.

---

**Named Insured:**  ENKEI AMERICA, INC.

**Endorsement Effective Date:**  04/01/18

---

### SCHEDULE

---

**Limit Of Insurance:**  $1,000,000                                      Each "Accident"

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

---

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "underinsured motor vehicle". The damage must result from "bodily injury" sustained by the "insured" and caused by an "accident" with an "underinsured motor vehicle".

   The owner's or driver's liability for this damage must result from the ownership, maintenance or use of the "underinsured motor vehicle".

2. We will pay under this coverage only if Paragraph **a.** or **b.** below applies:

   **a.** The limits of any applicable liability bonds or policies have been exhausted by payment of judgments or settlements; or

   **b.** A tentative settlement has been made between an "insured" and the insurer of an "underinsured motor vehicle" which would exhaust the limits of liability under any applicable bond or policy, and we:

      **(1)** Have been given prompt written notice of such tentative settlement; and

      **(2)** Advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after the receipt of notification.

---

Producer Copy

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

**1.** An individual, then the following are "insureds":

   **a.** The Named Insured and any "family members".

   **b.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   **c.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**2.** A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   **a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   **b.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**C. Exclusions**

This insurance does not apply to:

**1.** The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

**2.** The direct or indirect benefit of any insurer of property.

**3.** "Bodily injury" if sustained by:

   **a.** An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" under this Coverage Form; or

   **b.** Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured on a primary basis under any other Coverage Form or policy.

**4.** Any "insured" using a vehicle without a reasonable belief that the "insured" is entitled to do so.

**5.** Punitive or exemplary damages.

**6.** "Bodily injury" arising directly or indirectly out of:

   **a.** War, including undeclared or civil war;

   **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**7.** "Noneconomic loss" sustained by any "insured" if such "insured" is an uninsured motorist with a previous violation as defined in Indiana Code Section 27-7-5.1.

However, Exclusion **C.7.** does not apply to an "insured" under 18 years of age.

**D. Limit Of Insurance**

**1.** Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the limit shown in this endorsement.

**2.** The Limit of Insurance under this coverage shall be reduced by all sums paid or payable by or for anyone who is legally responsible, including all sums paid under this Coverage Form's Covered Autos Liability Coverage.

**3.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage form or Medical Payments Coverage endorsement attached to this Coverage Part.

We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

**4.** No "insured" shall recover duplicate payments for the same elements of "loss" or payments in excess of damages sustained.

© Insurance Services Office, Inc., 2015

CA 31 16 12 15

Producer Copy

## E. Changes In Conditions

The **Conditions** are changed for **Underinsured Motorists Coverage** as follows:

1. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

   If there is other applicable insurance available under one or more policies or provisions of coverage, the following priorities of coverage apply:

   | First Priority | The Underinsured Motorists Coverage applicable to the vehicle the "insured" was "occupying" at the time of the "accident". |
   |---|---|
   | Second Priority | Any other Coverage Form or policy affording Underinsured Motorists Coverage to the "insured". |

   a. The Limit of Insurance under the vehicle the "insured" was "occupying" under the Coverage Form or policy in the first priority shall first be exhausted.

   b. The maximum recovery for damages under all Coverage Forms or policies may equal but shall not exceed the highest applicable limit of any one vehicle under any insurance providing coverage on either a first or second priority basis.

   c. We will pay only our share of the "loss". Our share is the proportion that our limit of liability bears to the total of all limits applicable to the same level of priority.

2. The **Legal Action Against Us** provision is replaced by the following:

   **Legal Action Against Us**

   a. No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

   b. Any legal action against us under this Coverage Form must be brought within two years after the date of the "accident". However, this Paragraph **2.b.** does not apply if, within two years after the date of the "accident":

      (1) We and the "insured" agree to arbitration in accordance with this endorsement; or

      (2) The "insured" has filed an action for "bodily injury" against the owner or operator of the "underinsured motor vehicle", and such action is:

         (a) Filed in a court of competent jurisdiction; and

         (b) Not barred by the applicable state statute of limitations.

   In the event that the two-year time limitation identified in this condition does not apply, the applicable state statute of limitations will govern legal action against us under this Coverage Form.

3. **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

   a. Promptly send us copies of the legal papers if a "suit" is brought.

   b. A person seeking Underinsured Motorists Coverage must also promptly notify us in writing of a tentative settlement between the "insured" and the insurer of the "underinsured motor vehicle" and allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such "underinsured motor vehicle".

4. **Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

   a. If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

   b. Our rights do not apply under this provision if we:

      (1) Have been given prompt written notice of a tentative settlement between an "insured" and the insurer of the "underinsured motor vehicle"; and

      (2) Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of such notification.

 © Insurance Services Office, Inc., 2015

Producer Copy

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after notification:

    **(a)** That payment will be separate from any amount the "insured" is entitled to recover under the provisions of this coverage; and

    **(b)** We also have the right to recover the advanced payment from the insurer or the owner or operator of the "underinsured motor vehicle".

**c.** If we make a payment because the insurer of the "underinsured motor vehicle" is or becomes insolvent, the **Transfer Of Rights Of Recovery Against Others To Us** Condition does not apply to any rights of recovery against:

    **(1)** The Indiana Guaranty Fund; or

    **(2)** The "insured" of the insolvent insurer, except in amounts that exceed the limit of liability of the Coverage Form or policy that was issued by that insolvent insurer.

**5.** The following condition is added:

**Arbitration**

**a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "underinsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

**b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding as to:

    **(1)** Whether the "insured" is legally entitled to recover damages; and

    **(2)** The amount of damages. This applies only if the amount does not exceed the minimum limit for liability specified by the financial responsibility law of Indiana. If the amount exceeds that limit, either party may demand the right to a trial. This demand must be made within 60 days of the arbitrators' decision. If this demand is not made, the amount of damages agreed to by the arbitrators will be binding.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Noneconomic loss" means costs for physical and emotional pain and suffering, physical impairment, emotional distress, mental anguish, loss of enjoyment, loss of companionship, services and consortium, and any other noneconomic damages.

**3.** "Occupying" means in, upon, getting in, on, out or off.

**4.** "Underinsured motor vehicle" means a land motor vehicle or "trailer" for which the sum of all liability bonds or policies at the time of an "accident" provides at least the amounts required by the financial responsibility law of Indiana but their limits are either:

    **a.** Less than the limit of liability for this coverage; or

    **b.** Reduced by payments to others injured in the "accident" to an amount which is less than the limit of liability for this coverage.

However, "underinsured motor vehicle" does not include any vehicle:

    **a.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law.

    **b.** Owned by a governmental unit or agency.

    **c.** Designed for use mainly off public roads while not on public roads.

© Insurance Services Office, Inc., 2015

Producer Copy

COMMERCIAL AUTO
CA 99 03 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Coverage**

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident". We will pay only those expenses incurred, for services rendered within three years from the date of the "accident".

**B. Who Is An Insured**

1. You while "occupying" or, while a pedestrian, when struck by any "auto".

2. If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto".

3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

**C. Exclusions**

This insurance does not apply to any of the following:

1. "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.

2. "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.

3. "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member".

4. "Bodily injury" to your "employee" arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic "employees" if not entitled to workers' compensation benefits. For the purposes of this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

6. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

© Insurance Services Office, Inc., 2011

Producer Copy

7. "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

8. "Bodily Injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity.

**D. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**E. Changes In Conditions**

The **Conditions** are changed for **Auto Medical Payments Coverage** as follows:

1. The **Transfer Of Rights Of Recovery Against Others To Us** Condition does not apply.

2. The reference in **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form to "other collectible insurance" applies only to other collectible auto medical payments insurance.

**F. Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

    © Insurance Services Office, Inc., 2011    CA 99 03 10 13

Producer Copy

POLICY NUMBER: CA6404514-08

**COMMERCIAL AUTO**
**CA 99 10 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DRIVE OTHER CAR COVERAGE –
# BROADENED COVERAGE FOR NAMED INDIVIDUALS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| **Named Insured:**  ENKEI AMERICA, INC. | |
| **Endorsement Effective Date:**  04-01-18 | |

STATE: IN                                    **SCHEDULE**

| Name Of Individual: | | | | | |
|---|---|---|---|---|---|
| HASHIMOTO SHIGENORI | | | | | |
| **Covered Autos Liability** | | | | | |
| **Coverage** | **Limit:** | $  1,000,000 | **Premium:** | $ | 1,056 |
| **Auto Medical Payments** | **Limit:** | $      5,000 | **Premium:** | $ | 58 |
| **Comprehensive** | **Deductible:** | $        500 | **Premium:** | $ | 76 |
| **Collision** | **Deductible:** | $        500 | **Premium:** | $ | 662 |
| **Uninsured Motorists** | **Limit:** | SEE SCHED | **Premium:** | $ | 59 |
| **Underinsured Motorists** | **Limit:** | SEE SCHED | **Premium:** | $ | 113 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | | |

**Note:** When Uninsured Motorists Coverage is provided at limits higher than the basic limits required by a financial responsibility law, Underinsured Motorists Coverage is included, unless otherwise noted. If Underinsured Motorists Coverage is provided as a separate coverage, make appropriate entry in the Schedule above.

Producer Copy

POLICY NUMBER: CA6404514-08

**COMMERCIAL AUTO**
**CA 99 10 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DRIVE OTHER CAR COVERAGE –
# BROADENED COVERAGE FOR NAMED INDIVIDUALS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

---

**Named Insured:**  ENKEI AMERICA, INC.

**Endorsement Effective Date:**  04-01-18

---

STATE: IN                                **SCHEDULE**

| Name Of Individual: | | | | |
|---|---|---|---|---|
| JA HOOTEN | | | | |
| **Covered Autos Liability** | | | | |
| **Coverage** | **Limit:** | $  1,000,000 | **Premium:** | INCLUDED |
| **Auto Medical Payments** | **Limit:** | $      5,000 | **Premium:** | INCLUDED |
| **Comprehensive** | **Deductible:** | $        500 | **Premium:** | INCLUDED |
| **Collision** | **Deductible:** | $        500 | **Premium:** | INCLUDED |
| **Uninsured Motorists** | **Limit:** | SEE  SCHED | **Premium:** | INCLUDED |
| **Underinsured Motorists** | **Limit:** | SEE  SCHED | **Premium:** | INCLUDED |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

**Note:** When Uninsured Motorists Coverage is provided at limits higher than the basic limits required by a financial responsibility law, Underinsured Motorists Coverage is included, unless otherwise noted. If Underinsured Motorists Coverage is provided as a separate coverage, make appropriate entry in the Schedule above.

**CA 99 10 10 13**                  © Insurance Services Office, Inc., 2011                  **Page 1 of 2**

Producer Copy

POLICY NUMBER: CA6404514-08

**COMMERCIAL AUTO**
**CA 99 10 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DRIVE OTHER CAR COVERAGE –
# BROADENED COVERAGE FOR NAMED INDIVIDUALS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| **Named Insured:**  ENKEI AMERICA, INC. | |
| **Endorsement Effective Date:**  04-01-18 | |

STATE: IN                                         **SCHEDULE**

| Name Of Individual: | | | | | |
|---|---|---|---|---|---|
| HIDEYUKI TAKO | | | | | |
| **Covered Autos Liability** | | | | | |
| **Coverage** | **Limit:** | $ | 1,000,000 | **Premium:** | INCLUDED |
| **Auto Medical Payments** | **Limit:** | $ | 5,000 | **Premium:** | INCLUDED |
| **Comprehensive** | **Deductible:** | $ | 500 | **Premium:** | INCLUDED |
| **Collision** | **Deductible:** | $ | 500 | **Premium:** | INCLUDED |
| **Uninsured Motorists** | **Limit:** | SEE SCHED | | **Premium:** | INCLUDED |
| **Underinsured Motorists** | **Limit:** | SEE SCHED | | **Premium:** | INCLUDED |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | | |

**Note:** When Uninsured Motorists Coverage is provided at limits higher than the basic limits required by a financial responsibility law, Underinsured Motorists Coverage is included, unless otherwise noted. If Underinsured Motorists Coverage is provided as a separate coverage, make appropriate entry in the Schedule above.

**CA 99 10 10 13**                    © Insurance Services Office, Inc., 2011                    **Page 1 of 2**

Producer Copy

POLICY NUMBER: CA6404514-08

**COMMERCIAL AUTO
CA 99 10 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DRIVE OTHER CAR COVERAGE – BROADENED COVERAGE FOR NAMED INDIVIDUALS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

**Named Insured:**  ENKEI AMERICA, INC.

**Endorsement Effective Date:**  04-01-18

STATE: IN                                  **SCHEDULE**

| Name Of Individual: | | | | |
|---|---|---|---|---|
| MAKOTO MIURA | | | | |
| **Covered Autos Liability** | | | | |
| **Coverage** | **Limit:** | $  1,000,000 | **Premium:** | INCLUDED |
| **Auto Medical Payments** | **Limit:** | $      5,000 | **Premium:** | INCLUDED |
| **Comprehensive** | **Deductible:** | $        500 | **Premium:** | INCLUDED |
| **Collision** | **Deductible:** | $        500 | **Premium:** | INCLUDED |
| **Uninsured Motorists** | **Limit:** | SEE SCHED | **Premium:** | INCLUDED |
| **Underinsured Motorists** | **Limit:** | SEE SCHED | **Premium:** | INCLUDED |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

**Note:** When Uninsured Motorists Coverage is provided at limits higher than the basic limits required by a financial responsibility law, Underinsured Motorists Coverage is included, unless otherwise noted. If Underinsured Motorists Coverage is provided as a separate coverage, make appropriate entry in the Schedule above.

**CA 99 10 10 13**                © Insurance Services Office, Inc., 2011                **Page 1 of 2**

POLICY NUMBER: CA6404514-08

**COMMERCIAL AUTO**
**CA 99 10 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DRIVE OTHER CAR COVERAGE –
# BROADENED COVERAGE FOR NAMED INDIVIDUALS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** ENKEI AMERICA, INC. |
| **Endorsement Effective Date:** 04-01-18 |

STATE: IN                              **SCHEDULE**

| Name Of Individual: | | | | |
|---|---|---|---|---|
| RICK MERKEL | | | | |
| **Covered Autos Liability** | | | | |
| **Coverage** | **Limit:** | $ 1,000,000 | **Premium:** | INCLUDED |
| **Auto Medical Payments** | **Limit:** | $ 5,000 | **Premium:** | INCLUDED |
| **Comprehensive** | **Deductible:** | $ 500 | **Premium:** | INCLUDED |
| **Collision** | **Deductible:** | $ 500 | **Premium:** | INCLUDED |
| **Uninsured Motorists** | **Limit:** | SEE SCHED | **Premium:** | INCLUDED |
| **Underinsured Motorists** | **Limit:** | SEE SCHED | **Premium:** | INCLUDED |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

**Note:** When Uninsured Motorists Coverage is provided at limits higher than the basic limits required by a financial responsibility law, Underinsured Motorists Coverage is included, unless otherwise noted. If Underinsured Motorists Coverage is provided as a separate coverage, make appropriate entry in the Schedule above.

**CA 99 10 10 13**              © Insurance Services Office, Inc., 2011              **Page 1 of 2**

Producer Copy

POLICY NUMBER: CA6404514-08

**COMMERCIAL AUTO
CA 99 10 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DRIVE OTHER CAR COVERAGE – BROADENED COVERAGE FOR NAMED INDIVIDUALS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:**  ENKEI AMERICA, INC. |
| **Endorsement Effective Date:**  04-01-18 |

STATE: IN                                    **SCHEDULE**

| Name Of Individual: | | | | |
|---|---|---|---|---|
| SHIGENORI HASHIMOTO | | | | |
| **Covered Autos Liability** | | | | |
| **Coverage** | **Limit:** | $   1,000,000 | **Premium:** | INCLUDED |
| **Auto Medical Payments** | **Limit:** | $        5,000 | **Premium:** | INCLUDED |
| **Comprehensive** | **Deductible:** | $          500 | **Premium:** | INCLUDED |
| **Collision** | **Deductible:** | $          500 | **Premium:** | INCLUDED |
| **Uninsured Motorists** | **Limit:** | SEE SCHED | **Premium:** | INCLUDED |
| **Underinsured Motorists** | **Limit:** | SEE SCHED | **Premium:** | INCLUDED |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

**Note:** When Uninsured Motorists Coverage is provided at limits higher than the basic limits required by a financial responsibility law, Underinsured Motorists Coverage is included, unless otherwise noted. If Underinsured Motorists Coverage is provided as a separate coverage, make appropriate entry in the Schedule above.

**CA 99 10 10 13**              © Insurance Services Office, Inc., 2011              **Page 1 of 2**

POLICY NUMBER: CA6404514-08

**COMMERCIAL AUTO**
**CA 99 10 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DRIVE OTHER CAR COVERAGE – BROADENED COVERAGE FOR NAMED INDIVIDUALS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| **Named Insured:** ENKEI AMERICA, INC. | |
| **Endorsement Effective Date:** 04-01-18 | |

STATE: IN                              **SCHEDULE**

| Name Of Individual: | | | | |
|---|---|---|---|---|
| JOBE CRICK | | | | |
| **Covered Autos Liability** | | | | |
| **Coverage** | **Limit:** | $   1,000,000 | **Premium:** | INCLUDED |
| **Auto Medical Payments** | **Limit:** | $       5,000 | **Premium:** | INCLUDED |
| **Comprehensive** | **Deductible:** | $         500 | **Premium:** | INCLUDED |
| **Collision** | **Deductible:** | $         500 | **Premium:** | INCLUDED |
| **Uninsured Motorists** | **Limit:** | SEE SCHED | **Premium:** | INCLUDED |
| **Underinsured Motorists** | **Limit:** | SEE SCHED | **Premium:** | INCLUDED |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

**Note:** When Uninsured Motorists Coverage is provided at limits higher than the basic limits required by a financial responsibility law, Underinsured Motorists Coverage is included, unless otherwise noted. If Underinsured Motorists Coverage is provided as a separate coverage, make appropriate entry in the Schedule above.

Producer Copy

POLICY NUMBER: CA6404514-08

**COMMERCIAL AUTO**
**CA 99 10 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DRIVE OTHER CAR COVERAGE –
# BROADENED COVERAGE FOR NAMED INDIVIDUALS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

---

**Named Insured:**  ENKEI AMERICA, INC.

**Endorsement Effective Date:**  04-01-18

---

STATE: IN                                **SCHEDULE**

| Name Of Individual: | | | | |
|---|---|---|---|---|
| BRENT ROBERTS | | | | |
| **Covered Autos Liability** | | | | |
| **Coverage** | **Limit:** | $    1,000,000 | **Premium:** | INCLUDED |
| **Auto Medical Payments** | **Limit:** | $        5,000 | **Premium:** | INCLUDED |
| **Comprehensive** | **Deductible:** | $          500 | **Premium:** | INCLUDED |
| **Collision** | **Deductible:** | $          500 | **Premium:** | INCLUDED |
| **Uninsured Motorists** | **Limit:** | SEE SCHED | **Premium:** | INCLUDED |
| **Underinsured Motorists** | **Limit:** | SEE SCHED | **Premium:** | INCLUDED |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

**Note:** When Uninsured Motorists Coverage is provided at limits higher than the basic limits required by a financial responsibility law, Underinsured Motorists Coverage is included, unless otherwise noted. If Underinsured Motorists Coverage is provided as a separate coverage, make appropriate entry in the Schedule above.

---

**CA 99 10 10 13**            © Insurance Services Office, Inc., 2011            **Page 1 of 2**

POLICY NUMBER: CA6404514-08

**COMMERCIAL AUTO**
**CA 99 10 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DRIVE OTHER CAR COVERAGE – BROADENED COVERAGE FOR NAMED INDIVIDUALS

This endorsement modifies insurance provided under the following:

      AUTO DEALERS COVERAGE FORM
      BUSINESS AUTO COVERAGE FORM
      MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| **Named Insured:** ENKEI AMERICA, INC. | |
| **Endorsement Effective Date:** 04-01-18 | |

STATE: IN                       **SCHEDULE**

| Name Of Individual: | | | | |
|---|---|---|---|---|
| KAZUHIRO KAWAMURA | | | | |
| **Covered Autos Liability** | | | | |
| **Coverage** | **Limit:** | $ 1,000,000 | **Premium:** | INCLUDED |
| **Auto Medical Payments** | **Limit:** | $ 5,000 | **Premium:** | INCLUDED |
| **Comprehensive** | **Deductible:** | $ 500 | **Premium:** | INCLUDED |
| **Collision** | **Deductible:** | $ 500 | **Premium:** | INCLUDED |
| **Uninsured Motorists** | **Limit:** | SEE SCHED | **Premium:** | INCLUDED |
| **Underinsured Motorists** | **Limit:** | SEE SCHED | **Premium:** | INCLUDED |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

**Note:** When Uninsured Motorists Coverage is provided at limits higher than the basic limits required by a financial responsibility law, Underinsured Motorists Coverage is included, unless otherwise noted. If Underinsured Motorists Coverage is provided as a separate coverage, make appropriate entry in the Schedule above.

**CA 99 10 10 13**            © Insurance Services Office, Inc., 2011            **Page 1 of 2**

POLICY NUMBER: CA6404514-08

**COMMERCIAL AUTO**
**CA 99 10 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DRIVE OTHER CAR COVERAGE – BROADENED COVERAGE FOR NAMED INDIVIDUALS

This endorsement modifies insurance provided under the following:

> AUTO DEALERS COVERAGE FORM
> BUSINESS AUTO COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

**Named Insured:**  ENKEI AMERICA, INC.

**Endorsement Effective Date:**  04-01-18

STATE: IN                       **SCHEDULE**

| Name Of Individual: | | | | |
|---|---|---|---|---|
| TADASU YAMANAKA | | | | |
| **Covered Autos Liability** | | | | |
| **Coverage** | **Limit:** | $  1,000,000 | **Premium:** | INCLUDED |
| **Auto Medical Payments** | **Limit:** | $      5,000 | **Premium:** | INCLUDED |
| **Comprehensive** | **Deductible:** | $        500 | **Premium:** | INCLUDED |
| **Collision** | **Deductible:** | $        500 | **Premium:** | INCLUDED |
| **Uninsured Motorists** | **Limit:** | SEE SCHED | **Premium:** | INCLUDED |
| **Underinsured Motorists** | **Limit:** | SEE SCHED | **Premium:** | INCLUDED |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

**Note:** When Uninsured Motorists Coverage is provided at limits higher than the basic limits required by a financial responsibility law, Underinsured Motorists Coverage is included, unless otherwise noted. If Underinsured Motorists Coverage is provided as a separate coverage, make appropriate entry in the Schedule above.

**CA 99 10 10 13**            © Insurance Services Office, Inc., 2011            **Page 1 of 2**

POLICY NUMBER: CA6404514-08

**COMMERCIAL AUTO**
**CA 99 10 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DRIVE OTHER CAR COVERAGE –
# BROADENED COVERAGE FOR NAMED INDIVIDUALS

This endorsement modifies insurance provided under the following:

      AUTO DEALERS COVERAGE FORM
      BUSINESS AUTO COVERAGE FORM
      MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:**  ENKEI AMERICA, INC. |
| **Endorsement Effective Date:**  04-01-18 |

STATE: IN                                  **SCHEDULE**

| Name Of Individual: | | | | |
|---|---|---|---|---|
| KEN HANAKI | | | | |
| **Covered Autos Liability** | | | | |
| **Coverage** | **Limit:** | $  1,000,000 | **Premium:** | INCLUDED |
| **Auto Medical Payments** | **Limit:** | $      5,000 | **Premium:** | INCLUDED |
| **Comprehensive** | **Deductible:** | $        500 | **Premium:** | INCLUDED |
| **Collision** | **Deductible:** | $        500 | **Premium:** | INCLUDED |
| **Uninsured Motorists** | **Limit:** | SEE SCHED | **Premium:** | INCLUDED |
| **Underinsured Motorists** | **Limit:** | SEE SCHED | **Premium:** | INCLUDED |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

**Note:** When Uninsured Motorists Coverage is provided at limits higher than the basic limits required by a financial responsibility law, Underinsured Motorists Coverage is included, unless otherwise noted. If Underinsured Motorists Coverage is provided as a separate coverage, make appropriate entry in the Schedule above.

**CA 99 10 10 13**                © Insurance Services Office, Inc., 2011                **Page 1 of 2**

POLICY NUMBER: CA6404514-08

**COMMERCIAL AUTO**
**CA 99 10 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DRIVE OTHER CAR COVERAGE –
# BROADENED COVERAGE FOR NAMED INDIVIDUALS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| **Named Insured:** ENKEI AMERICA, INC. | |
| **Endorsement Effective Date:** 04-01-18 | |

STATE: IN                              **SCHEDULE**

| Name Of Individual: | | | | |
|---|---|---|---|---|
| RYOTA FUKUI | | | | |
| **Covered Autos Liability** | | | | |
| **Coverage** | **Limit:** | $  1,000,000 | **Premium:** | INCLUDED |
| **Auto Medical Payments** | **Limit:** | $      5,000 | **Premium:** | INCLUDED |
| **Comprehensive** | **Deductible:** | $        500 | **Premium:** | INCLUDED |
| **Collision** | **Deductible:** | $        500 | **Premium:** | INCLUDED |
| **Uninsured Motorists** | **Limit:** | SEE SCHED | **Premium:** | INCLUDED |
| **Underinsured Motorists** | **Limit:** | SEE SCHED | **Premium:** | INCLUDED |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

**Note:** When Uninsured Motorists Coverage is provided at limits higher than the basic limits required by a financial responsibility law, Underinsured Motorists Coverage is included, unless otherwise noted. If Underinsured Motorists Coverage is provided as a separate coverage, make appropriate entry in the Schedule above.

**CA 99 10 10 13**                © Insurance Services Office, Inc., 2011                **Page 1 of 2**

Producer Copy

POLICY NUMBER: CA6404514-08

**COMMERCIAL AUTO**
**CA 99 10 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DRIVE OTHER CAR COVERAGE – BROADENED COVERAGE FOR NAMED INDIVIDUALS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

---

**Named Insured:** ENKEI AMERICA, INC.

**Endorsement Effective Date:** 04-01-18

---

STATE: IN                                           **SCHEDULE**

| Name Of Individual: | | | | |
|---|---|---|---|---|
| YUSUKI OTAKI | | | | |
| **Covered Autos Liability** | | | | |
| **Coverage** | **Limit:** | $    1,000,000 | **Premium:** | INCLUDED |
| **Auto Medical Payments** | **Limit:** | $        5,000 | **Premium:** | INCLUDED |
| **Comprehensive** | **Deductible:** | $          500 | **Premium:** | INCLUDED |
| **Collision** | **Deductible:** | $          500 | **Premium:** | INCLUDED |
| **Uninsured Motorists** | **Limit:** | SEE SCHED | **Premium:** | INCLUDED |
| **Underinsured Motorists** | **Limit:** | SEE SCHED | **Premium:** | INCLUDED |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

**Note:** When Uninsured Motorists Coverage is provided at limits higher than the basic limits required by a financial responsibility law, Underinsured Motorists Coverage is included, unless otherwise noted. If Underinsured Motorists Coverage is provided as a separate coverage, make appropriate entry in the Schedule above.

---

**CA 99 10 10 13**                    © Insurance Services Office, Inc., 2011                    **Page 1 of 2**

POLICY NUMBER: CA6404514-08

**COMMERCIAL AUTO**
**CA 99 10 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DRIVE OTHER CAR COVERAGE – BROADENED COVERAGE FOR NAMED INDIVIDUALS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| **Named Insured:** ENKEI AMERICA, INC. | |
| **Endorsement Effective Date:** 04-01-18 | |

STATE: IN                     **SCHEDULE**

| Name Of Individual: | | | | |
|---|---|---|---|---|
| KAZUYA ONOSHI | | | | |
| **Covered Autos Liability** | | | | |
| **Coverage** | **Limit:** | $  1,000,000 | **Premium:** | INCLUDED |
| **Auto Medical Payments** | **Limit:** | $     5,000 | **Premium:** | INCLUDED |
| **Comprehensive** | **Deductible:** | $      500 | **Premium:** | INCLUDED |
| **Collision** | **Deductible:** | $      500 | **Premium:** | INCLUDED |
| **Uninsured Motorists** | **Limit:** | SEE SCHED | **Premium:** | INCLUDED |
| **Underinsured Motorists** | **Limit:** | SEE SCHED | **Premium:** | INCLUDED |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

**Note:** When Uninsured Motorists Coverage is provided at limits higher than the basic limits required by a financial responsibility law, Underinsured Motorists Coverage is included, unless otherwise noted. If Underinsured Motorists Coverage is provided as a separate coverage, make appropriate entry in the Schedule above.

**CA 99 10 10 13**               © Insurance Services Office, Inc., 2011               **Page 1 of 2**

POLICY NUMBER: CA6404514-08

**COMMERCIAL AUTO**
**CA 99 10 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DRIVE OTHER CAR COVERAGE – BROADENED COVERAGE FOR NAMED INDIVIDUALS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| **Named Insured:**  ENKEI AMERICA, INC. | |
| **Endorsement Effective Date:**  04-01-18 | |

STATE: IN                                          **SCHEDULE**

| Name Of Individual: | | | | |
|---|---|---|---|---|
| HIDEKI MINENO | | | | |
| **Covered Autos Liability** | | | | |
| **Coverage** | **Limit:** | $   1,000,000 | **Premium:** | INCLUDED |
| **Auto Medical Payments** | **Limit:** | $        5,000 | **Premium:** | INCLUDED |
| **Comprehensive** | **Deductible:** | $          500 | **Premium:** | INCLUDED |
| **Collision** | **Deductible:** | $          500 | **Premium:** | INCLUDED |
| **Uninsured Motorists** | **Limit:** | SEE SCHED | **Premium:** | INCLUDED |
| **Underinsured Motorists** | **Limit:** | SEE SCHED | **Premium:** | INCLUDED |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

**Note:** When Uninsured Motorists Coverage is provided at limits higher than the basic limits required by a financial responsibility law, Underinsured Motorists Coverage is included, unless otherwise noted. If Underinsured Motorists Coverage is provided as a separate coverage, make appropriate entry in the Schedule above.

**CA 99 10 10 13**          © Insurance Services Office, Inc., 2011          **Page 1 of 2**

POLICY NUMBER: CA6404514-08

**COMMERCIAL AUTO**
**CA 99 10 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DRIVE OTHER CAR COVERAGE – BROADENED COVERAGE FOR NAMED INDIVIDUALS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:**  ENKEI AMERICA, INC. |
| **Endorsement Effective Date:**  04-01-18 |

STATE: IN                                           **SCHEDULE**

| Name Of Individual: | | | | |
|---|---|---|---|---|
| CAM ELLIOTT | | | | |
| **Covered Autos Liability** | | | | |
| **Coverage** | **Limit:** | $  1,000,000 | **Premium:** | INCLUDED |
| **Auto Medical Payments** | **Limit:** | $      5,000 | **Premium:** | INCLUDED |
| **Comprehensive** | **Deductible:** | $        500 | **Premium:** | INCLUDED |
| **Collision** | **Deductible:** | $        500 | **Premium:** | INCLUDED |
| **Uninsured Motorists** | **Limit:** | SEE SCHED | **Premium:** | INCLUDED |
| **Underinsured Motorists** | **Limit:** | SEE SCHED | **Premium:** | INCLUDED |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

**Note:** When Uninsured Motorists Coverage is provided at limits higher than the basic limits required by a financial responsibility law, Underinsured Motorists Coverage is included, unless otherwise noted. If Underinsured Motorists Coverage is provided as a separate coverage, make appropriate entry in the Schedule above.

**CA 99 10 10 13**                    © Insurance Services Office, Inc., 2011                    **Page 1 of 2**

Producer Copy

POLICY NUMBER: CA6404514-08

**COMMERCIAL AUTO**
**CA 99 10 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DRIVE OTHER CAR COVERAGE – BROADENED COVERAGE FOR NAMED INDIVIDUALS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** ENKEI AMERICA, INC. |
| **Endorsement Effective Date:** 04-01-18 |

STATE: IN                                **SCHEDULE**

| Name Of Individual: | | | | |
|---|---|---|---|---|
| FUJIWARA | | | | |
| **Covered Autos Liability** | | | | |
| **Coverage** | **Limit:** | $  1,000,000 | **Premium:** | INCLUDED |
| **Auto Medical Payments** | **Limit:** | $      5,000 | **Premium:** | INCLUDED |
| **Comprehensive** | **Deductible:** | $        500 | **Premium:** | INCLUDED |
| **Collision** | **Deductible:** | $        500 | **Premium:** | INCLUDED |
| **Uninsured Motorists** | **Limit:** | SEE SCHED | **Premium:** | INCLUDED |
| **Underinsured Motorists** | **Limit:** | SEE SCHED | **Premium:** | INCLUDED |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

**Note:** When Uninsured Motorists Coverage is provided at limits higher than the basic limits required by a financial responsibility law, Underinsured Motorists Coverage is included, unless otherwise noted. If Underinsured Motorists Coverage is provided as a separate coverage, make appropriate entry in the Schedule above.

**CA 99 10 10 13**                    © Insurance Services Office, Inc., 2011                    **Page 1 of 2**

Producer Copy

POLICY NUMBER: CA6404514-08

**COMMERCIAL AUTO**
**CA 99 10 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DRIVE OTHER CAR COVERAGE – BROADENED COVERAGE FOR NAMED INDIVIDUALS

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

---

**Named Insured:**  ENKEI AMERICA, INC.

**Endorsement Effective Date:**  04-01-18

---

STATE: IN                         **SCHEDULE**

| Name Of Individual: | | | | |
|---|---|---|---|---|
| T. ENDO | | | | |
| **Covered Autos Liability** | | | | |
| **Coverage** | **Limit:** | $ 1,000,000 | **Premium:** | INCLUDED |
| **Auto Medical Payments** | **Limit:** | $ 5,000 | **Premium:** | INCLUDED |
| **Comprehensive** | **Deductible:** | $ 500 | **Premium:** | INCLUDED |
| **Collision** | **Deductible:** | $ 500 | **Premium:** | INCLUDED |
| **Uninsured Motorists** | **Limit:** | SEE SCHED | **Premium:** | INCLUDED |
| **Underinsured Motorists** | **Limit:** | SEE SCHED | **Premium:** | INCLUDED |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

**Note:** When Uninsured Motorists Coverage is provided at limits higher than the basic limits required by a financial responsibility law, Underinsured Motorists Coverage is included, unless otherwise noted. If Underinsured Motorists Coverage is provided as a separate coverage, make appropriate entry in the Schedule above.

---

**A.** This endorsement changes only those coverages where a premium is shown in the Schedule.

**B. Changes In Covered Autos Liability Coverage**

1. Any "auto" you don't own, hire or borrow is a covered "auto" while being used by any individual named in the Schedule or by his or her spouse while a resident of the same household except:

   **a.** Any "auto" owned by that individual or by any member of his or her household.

   **b.** Any "auto" used by that individual or his or her spouse while working in a business of selling, servicing, repairing or parking "autos".

2. The following is added to **Who Is An Insured:**

   Any individual named in the Schedule and his or her spouse, while a resident of the same household, are "insureds" while using any covered "auto" described in Paragraph **B.1.** of this endorsement.

**C. Changes In Auto Medical Payments And Uninsured And Underinsured Motorists Coverages**

The following is added to **Who Is An Insured:**

Any individual named in the Schedule and his or her "family members" are "insureds" while "occupying" or while a pedestrian when being struck by any "auto" you don't own except:

Any "auto" owned by that individual or by any "family member".

**D. Changes In Physical Damage Coverage**

Any private passenger type "auto" you don't own, hire or borrow is a covered "auto" while in the care, custody or control of any individual named in the Schedule or his or her spouse while a resident of the same household except:

1. Any "auto" owned by that individual or by any member of his or her household.

2. Any "auto" used by that individual or his or her spouse while working in a business of selling, servicing, repairing or parking "autos".

**E. Additional Definition**

As used in this endorsement:

"Family member" means a person related to the individual named in the Schedule by blood, marriage or adoption who is a resident of the individual's household, including a ward or foster child.

© Insurance Services Office, Inc., 2011

CA 99 10 10 13

Producer Copy

Commercial Automobile

| | |
|---|---|
| This endorsement changes policy **CA6404514-08** to which it is attached and is effective **04/01/2018** at 12:01 a.m. standard time at the Insured's mailing address. | |
| Issued to: **ENKEI AMERICA, INC.** | |
| Issued by: **Tokio Marine America Insurance Company** | |
| Producer: **AON RISK SERVICES CENTRAL, INC.** | |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMMERCIAL AUTO - EXTENDED COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

## BUSINESS AUTO COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the coverage form apply unless modified by the endorsement.

**1.    UNINTENTIONAL ERRORS AND OMISSIONS**

The following is added to Condition 2. Concealment, Misrepresentation Or Fraud of B. General Conditions (SECTION IV - BUSINESS AUTO CONDITIONS):

However, coverage provided by this policy will not be adversely affected by any inadvertent error or omission made by you in describing hazards for the purpose of obtaining this insurance.

**2.    KNOWLEDGE OF ACCIDENT, CLAIM, SUIT OR LOSS**

The following is added to Condition 2. Duties In The Event Of Accident, Claim, Suit or Loss of A. Loss Conditions (SECTION IV - BUSINESS AUTO CONDITIONS):

You will not be considered to have knowledge of an "accident", claim, "suit" or "loss" until such time as:

**a.**    An executive officer or owner, (if you are a corporation);

**b.**    Any partner or member (if you are a partnership or joint venture);

**c.**    Your managers (if you are a limited liability company); or

**d.**    You (if you are an individual)

has been notified of, or is aware of, an "accident", claim, "suit" or "loss".

Producer Copy

Commercial Automobile

You will also not be required to send us notice of such "accident" or "loss" until the individuals noted above have knowledge of the "accident" or "loss".

If you notify your Workers Compensation carrier of an "accident", claim, "suit" or "loss" which appears to be a compensation claim but which subsequently develops into an "accident" or "loss" which is covered by this insurance, you must see to it that we are notified of the "accident" or "loss" only when it becomes evident that the claim is covered by this insurance.

**3.    BROAD FORM NAMED INSURED COVERAGE**

The following is added to paragraph 1. Who Is An Insured of A. Coverage (SECTION II - LIABILITY COVERAGE):

Any organization and subsidiary thereof which is a legal entity of which you own or maintain a financial interest of more than 50% of the stock will qualify as a Named Insured.

However, this insurance does not apply to:

**(1)**   "Bodily injury" or "property damage" with respect to which an "insured" under this Coverage Part is also an "insured" under another policy, or would be an "insured" under such policy but for its termination or the exhaustion of its limits of insurance; or

**(2)**   "Bodily injury" or "property damage" that occurred before you acquired or formed the organization.

**4.    EMPLOYEES AS INSURED**

The following is added to the SECTION II – LIABILITY COVERAGE, Paragraph A.1. Who Is An Insured Provision:

Any "employee" of yours is an "insured" while using a covered "auto" you don't own, hire or borrow in your business or your personal affairs.

**5.    NEWLY ACQUIRED OR FORMED ORGANIZATIONS**

The following is added to SECTION II - LIABILITY COVERAGE , Paragraph A.1. Who Is An Insured Provision:

Any organization, other than a partnership or joint venture, you newly acquire or form during the policy period and which you own or maintain a financial interest of more than 50% of the voting stock will qualify as a Named Insured.

However, this insurance does not apply to:

**(1)** "Bodily injury" or "property damage" with respect to which an "insured" under this Coverage Part is also an "insured" under another policy, or would be an "insured" under such policy but for its termination or the exhaustion of its limits of insurance; or

**(2)** "Bodily injury" or "property damage" that occurred before you acquired or formed the organization.

**CA9 04 004 03 05**          Tokio Marine Management, Inc., 2005          **Page 2 of 7**
Includes copyrighted material from ISO Properties, Inc., with its permission.

Producer Copy

Commercial Automobile

**6.    INCREASED LIMITS FOR BAIL BONDS AND REASONABLE EXPENSES**

Paragraphs a.(2) and a.(4) of 2. Coverage Extensions (SECTION II - LIABILITY COVERAGE) are replaced by the following:

**(2)**    Up to $5,000 for the cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover.  We do not have to furnish these bonds.

**(4)**    All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $500 a day because of time off from work.

**7.    LIMITED FELLOW EMPLOYEE COVERAGE**

The Fellow Employee Exclusion contained in SECTION II – LIABILITY COVERAGE does not apply to "bodily injury" resulting from the use of a covered "auto" you own or hire.

**8.    HIRED AUTO PHYSICAL DAMAGE COVERAGE**

If you carry physical damage coverage under this policy, "autos" you lease, hire, rent or borrow will be covered "autos" with respect to SECTION III - PHYSICAL DAMAGE COVERAGE.  This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households.

**1.**    The most we will pay for "loss" in any one "accident" is the lesser of:

**a.**    $50,000;

**b.**    The actual cash value of the damaged or stolen property as of the time of the "loss"; or

**c.**    The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**2.**    Our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by an amount that is equal to the amount of the largest deductible shown for any owned "auto" for that coverage.  Any Comprehensive or Specified Causes of Loss Deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

**3.**    With respect to the coverage provided by this Hired Auto Physical Damage Coverage, this insurance is primary for any covered "auto" you hire without a driver and excess over any other collectible insurance   for any covered "auto" that you hire with a driver.

The following is added to 7. Policy Period, Coverage Territory of B. General Conditions (SECTION IV - BUSINESS AUTO CONDITIONS):

**f.**    The Hired Auto Physical Damage Coverage provided by this extension applies anywhere in the world for an "auto" you hire for 30 consecutive days or less.

**CA9 04 004 03 05**              Tokio Marine Management, Inc., 2005              **Page 3 of 7**
Includes copyrighted material from ISO Properties, Inc., with its permission.

Producer Copy

Commercial Automobile

9.   **BROAD FORM TRANSPORTATION EXPENSE  COVERAGE**

If you carry physical damage coverage coverage under this policy Paragraph 4. Coverage Extension (SECTION III - PHYSICAL DAMAGE COVERAGE) is replaced by the following :

**4.**  Coverage Extensions

   **a.**  Transportation Expenses

   We will pay up to $75 per day to a maximum of $2,250 for temporary transportation expense incurred by you because of "loss" to a covered "auto".  We will only pay transportation expenses for those covered "autos" for which you carry physical damage coverage.  We will pay for temporary transportation expenses incurred during the period beginning immediately after the "loss" and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

   **b.**  Loss Of Use Expenses

   For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement.

   The most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

   **c.**  Removal and Replacement Expense

   If we pay a loss for transportation expenses or loss of use expenses we will also pay up to $300 for reasonable and necessary expenses incurred by you to remove and replace your materials and equipment from the covered "auto".

10.   **CUSTOMIZED FURNISHINGS COVERAGE**

The following is added to A. Coverage (SECTION III - PHYSICAL DAMAGE COVERAGE):

**5.**  Customized Furnishings.

   If you carry physical damage coverage under this policy, we will pay with respect to a covered "auto" for "loss" to custom furnishings including, but not limited to:

   **a.**  Special carpeting and insulation;

   **b.**  Height-extended roofs;

   **c.**  Custom murals, paintings or other decals and graphics.

   The most we will pay for all  "loss" to custom furnishings is the lesser of:

   **a.**  The actual cash value of the damaged or stolen property as of the time of the "loss";

   **b.**  The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality; or

   **c.**  $1,000.

   The coverage provided by this extension does not apply to electronic equipment.

**CA9 04 004 03 05**              Tokio Marine Management, Inc., 2005              **Page 4 of 7**
Includes copyrighted material from ISO Properties, Inc., with its permission.

Producer Copy

Commercial Automobile

**11.    ELECTRONIC EQUIPMENT COVERAGE**

The following is added to A. Coverage (SECTION III - PHYSICAL DAMAGE COVERAGE):

**6.**  Electronic Equipment Coverage.
If you carry physical damage coverage under this policy, we will pay with respect to a covered "auto" for "loss" to any electronic equipment that receives or transmits audio, visual or data signals and that is not designed solely for the reproduction of sound. This coverage applies only if the equipment is permanently installed in the covered "auto" at the time of the "loss", and such equipment is designed to be solely operated by use of the power from the "auto's" electrical system or in or upon the covered "auto".

The most we will pay for all "loss" to audio, visual or data electronic equipment is the lesser of:

**a.**   The actual cash value of the damaged or stolen property as of the time of the "loss";

**b.**   The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality; or

**c.**   $500.

The coverage provided under this Electronic Equipment Coverage Extension does not apply if there is other insurance provided by this policy for such equipment. We will, however, pay any deductible, up to a maximum of $500, that is applicable under the provisions of the other insurance.

**12.    AUTOMATIC ADDITIONAL INSUREDS**

The following is added to paragraph 1. Who Is An Insured of A. Coverage (SECTION II - LIABILITY COVERAGE):

Any person or organization, if you are required to do so under a written contract, agreement or permit, is an "insured".

However, this insurance does not apply to:

**(1)**   Any written contract or agreement that was executed subsequent to the "bodily injury" or "property damage";

**(2)**   Any permit that was issued subsequent to the "bodily injury" or "property damage"; or

**(3)**   "Bodily injury" or "property damage" arising out of the sole negligence of the additional insured.

Additional insured coverage provided by this insurance will not be broader than coverage required by the written contract, agreement or permit ".

**CA9 04 004 03 05**                    Tokio Marine Management, Inc., 2005                    **Page 5 of 7**
Includes copyrighted material from ISO Properties, Inc., with its permission.

Producer Copy

Commercial Automobile

**13.    MEXICO COVERAGE EXTENSION**

    **A**. Coverage

        **1.**   Paragraph 7. Policy Period, Coverage Territory of the General Conditions is amended by the addition of the following:

            The coverage territory is extended to include Mexico but only for:

            **a.** "Accidents" or "losses" occurring within 25 miles of the United States border; and

            **b**. Trips into Mexico of 30 days or less.

        **2.**   The Other Insurance Condition in the Business Auto, Business is replaced by the following:

            The insurance provided by this endorsement will be excess over any other collectible insurance.

    **B.** If you carry physical damage coverage under this policy, Physical Damage Coverage is amended by the addition of the following:

        If a "loss" to a covered "auto" occurs in Mexico, we will pay for such "loss" in the United States.  If the covered "auto" must be repaired in Mexico in order to be driven, we will not pay more than the actual cash value of such "loss" at the nearest United States point where the repairs can be made.

    **C.** Additional Exclusions

        The following additional exclusions are added:

        This insurance does not apply:

        **1.**   If the covered "auto" is not principally garaged and principally used in the United States.

        **2.**   To any "insured" who is not a resident of the United States.

**WARNING**

AUTO ACCIDENTS IN MEXICO ARE SUBJECT TO THE LAWS OF MEXICO ONLY **– NOT** THE LAWS OF THE UNITED STATES OF AMERICA. THE REPUBLIC OF MEXICO CONSIDERS ANY AUTO ACCIDENT A **CRIMINAL OFFENSE** AS WELL AS A CIVIL MATTER.

IN SOME CASES THE COVERAGE PROVIDED UNDER **THIS ENDORSEMENT MAY NOT BE RECOGNIZED BY THE MEXICAN AUTHORITIES** AND WE MAY NOT BE ALLOWED TO IMPLEMENT THIS COVERAGE AT ALL IN MEXICO. YOU SHOULD CONSIDER PURCHASING AUTO COVERAGE FROM A LICENSED MEXICAN INSURANCE COMPANY BEFORE DRIVING INTO MEXICO.

THIS ENDORSEMENT DOES **NOT** APPLY TO ACCIDENTS OR LOSSES WHICH OCCUR OUTSIDE OF 25 MILES FROM THE BOUNDARY OF THE UNITED STATES OF AMERICA.

**CA9 04 004 03 05**        Tokio Marine Management, Inc., 2005        **Page 6 of 7**
Includes copyrighted material from ISO Properties, Inc., with its permission.

Producer Copy

Commercial Automobile

14.     **EMPLOYEES AS INSUREDS DURING TRANSIT STRIKE COVERAGE**

The following is added to the SECTION II – LIABILITY COVERAGE, Paragraph A.1. Who Is An Insured Provision:

**h.**     Any "employee" of yours is an "insured" while using an "auto" that is owned by that "employee" or a member of his or her household to transport fellow "employees" to or from their normal place of employment during a public transit strike. The transportation of the fellow employees must be in response to your request or at your direction.

The coverage provided by this Extension:

**(1)** Will apply only as excess insurance over any other valid and collectible insurance available to any "employee"; and

**(2)** Will not extend to any mandatory Personal Injury Protection coverages afforded by this policy.

15.     **EARLIER NOTICE OF CANCELLATION PROVIDED BY US**

For any statutorily permitted reason other than nonpayment of premium, the number of days required for notice of cancellation, as provided in either paragraph 2. of the CANCELLATION Common Policy Conditions or as amended by an applicable state cancellation endorsement, is increased to 90 days.

**CA9 04 004 03 05**              Tokio Marine Management, Inc., 2005              **Page 7 of 7**
Includes copyrighted material from ISO Properties, Inc., with its permission.

Producer Copy

Commercial Automobile

---

Policy No.: **CA6404514-08**
Issued to: **ENKEI AMERICA, INC.**
Issued by: **Tokio Marine America Insurance Company**
Producer: **AON RISK SERVICES CENTRAL, INC.**

---

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY**.

## COMPOSITE RATE ENDORSEMENT

This endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
    GARAGE COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    TRUCKERS COVERAGE FORM

We will compute all premiums for this Coverage Part in accordance with our rules and rates on a composite basis unless otherwise indicated in the Schedule.

The advanced premium shown in this Composite Rating Plan endorsement is a deposit only.  We have determined this advance premium by multiplying the Composite Rate(s) for the premium and rate basis by the estimated exposure as indicated in the Schedule.  At the end of the policy period, the earned premium will be determined by applying the Composite Rate(s) to the actual exposures as determined by audit.

The Composite Rate(s) shown below do not include any taxes, surcharges, or other assessments that we are required to collect on behalf of state and local governments or other organizations.  Such charges will be shown separately on the "Schedule of Taxes, Surcharges or Fees", if applicable.

SCHEDULE

COMPOSITE GROUP #: 001
COMPOSITE GROUP DESCRIPTION: PRIVATE PASSENGER VEHICLE
COMPOSITE PREMIUM BASIS: AVERAGE NUMBER OF AUTOS
COMPOSITE RATE BASIS: PER AUTO

THIS COMPOSITE DOES NOT INCLUDE THESE COVERAGES OR EXPOSURES:
DRIVE OTHER CAR COVERAGE
HIRED AUTO LIABILITY
NON-OWNED AUTO LIABILITY

OTHER PROVISIONS:

| COVERAGE | COMPOSITE RATE | ESTIMATED EXPOSURE | ADVANCE PREMIUM |
|---|---|---|---|
| LIABILITY/PHYSICAL DAMAGE | $    719.6897 | 29 | $20,871 |

**CA9 12 001 01 05**

Commercial Automobile

---

Policy No.: **CA6404514-08**
Issued to: **ENKEI AMERICA, INC.**
Issued by: **Tokio Marine America Insurance Company**
Producer: **AON RISK SERVICES CENTRAL, INC.**

---

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY**.

# COMPOSITE RATE ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

We will compute all premiums for this Coverage Part in accordance with our rules and rates on a composite basis unless otherwise indicated in the Schedule.

The advanced premium shown in this Composite Rating Plan endorsement is a deposit only.  We have determined this advance premium by multiplying the Composite Rate(s) for the premium and rate basis by the estimated exposure as indicated in the Schedule.  At the end of the policy period, the earned premium will be determined by applying the Composite Rate(s) to the actual exposures as determined by audit.

The Composite Rate(s) shown below do not include any taxes, surcharges, or other assessments that we are required to collect on behalf of state and local governments or other organizations.  Such charges will be shown separately on the "Schedule of Taxes, Surcharges or Fees", if applicable.

SCHEDULE

COMPOSITE GROUP #: 002
COMPOSITE GROUP DESCRIPTION: LIGHT & MEDIUM & HEAVY & EXTRA HEAVY TRUCKS
COMPOSITE PREMIUM BASIS: AVERAGE NUMBER OF AUTOS
COMPOSITE RATE BASIS: PER AUTO

THIS COMPOSITE DOES NOT INCLUDE THESE COVERAGES OR EXPOSURES:
DRIVE OTHER CAR COVERAGE
HIRED AUTO LIABILITY
NON-OWNED AUTO LIABILITY


OTHER PROVISIONS:
LIGHT & MEDIUM RATE $659.67
HEAVY & EXTRA HEAVY RATE $574.00

| COVERAGE | COMPOSITE RATE | ESTIMATED EXPOSURE | ADVANCE PREMIUM |
|---|---|---|---|
| LIABILITY/PHYSICAL DAMAGE | $ 659.6667 | 3 | $1,979 |
| LIABILITY/PHYSICAL DAMAGE | $ 574.0000 | 1 | $574 |

**CA9 12 001 01 05**

Commercial Automobile

Policy No.: **CA6404514-08**
Issued to: **ENKEI AMERICA, INC.**
Issued by: **Tokio Marine America Insurance Company**
Producer: **AON RISK SERVICES CENTRAL, INC.**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY**.

# COMPOSITE RATE ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

We will compute all premiums for this Coverage Part in accordance with our rules and rates on a composite basis unless otherwise indicated in the Schedule.

The advanced premium shown in this Composite Rating Plan endorsement is a deposit only.  We have determined this advance premium by multiplying the Composite Rate(s) for the premium and rate basis by the estimated exposure as indicated in the Schedule.  At the end of the policy period, the earned premium will be determined by applying the Composite Rate(s) to the actual exposures as determined by audit.

The Composite Rate(s) shown below do not include any taxes, surcharges, or other assessments that we are required to collect on behalf of state and local governments or other organizations.  Such charges will be shown separately on the "Schedule of Taxes, Surcharges or Fees", if applicable.

SCHEDULE

COMPOSITE GROUP #: 003
COMPOSITE GROUP DESCRIPTION: TRAILERS
COMPOSITE PREMIUM BASIS: AVERAGE NUMBER OF AUTOS
COMPOSITE RATE BASIS: PER AUTO

THIS COMPOSITE DOES NOT INCLUDE THESE COVERAGES OR EXPOSURES:
DRIVE OTHER CAR COVERAGE
HIRED AUTO LIABILITY
NON-OWNED AUTO LIABILITY


OTHER PROVISIONS:

| COVERAGE | COMPOSITE RATE | ESTIMATED EXPOSURE | ADVANCE PREMIUM |
|---|---|---|---|
| FULL COVERAGE | $    75.0000 | 3 | $225 |

**CA9 12 001 01 05**

Producer Copy